## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACKSON L. MCGRADY,**<br>**820 Bright Street**<br>**Fredericksburg, Virginia 22401**<br><br>     **Plaintiff,**<br><br>  **v.**<br><br>**DONALD C. WINTER,**<br>**Secretary of the Navy**<br>**Washington, D.C. 20530-1000**<br><br>**and**<br><br>**DEPARTMENT OF THE NAVY**<br>**Washington, D.C. 20530-1000**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **Civil Action No. 06-0752 (GK)** |

## NOTICE OF APPEARANCE

   The Clerk of the Court will please enter the appearance of Marian L. Borum, Assistant

U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

            Respectfully submitted,

             /s/
            MARIAN L. BORUM, D.C. BAR #435409
            Assistant United States Attorney
            Judiciary Center Building
            555 Fourth St., N.W., Rm. E4810
            Washington, D.C.  20530
            (202) 514-6531

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the a copy of the foregoing has been served by First-Class mail;

postage prepaid to:

JACKSON L. MCGRADY
820 Bright Street
Fredericksburg, Virginia 22401

on this _____ day of May, 2006.


    /s/
MARIAN L. BORUM
Assistant United States Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4810
Washington, D.C.  20530
(202) 514-6531

2