UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACKSON L. MCGRADY,            )
                               )
        Plaintiff              )
                               )
v.                             )
                               )   Civil Action No.06CV0752(GK)
DEPARTMENT OF THE NAVY,        )
DONALD C. WINTER, Secretary    )
of the Navy,                   )
                               )
        Defendants             )

## PROOF OF SERVICE

Plaintiff has served the Complaint and Summons in the above captioned case on the Defendants as well as the United States Attorney General and the United States Attorney for the District of Columbia pursuant to Federal Rule of Civil Procedure 4(i). Per the Federal Rule of Civil Procedure 4(l), Plaintiff hereby submits evidence of such service to the Court by including as enclosure (1) a copy of the signed receipts.

Respectfully submitted,

*/s/ J. L. McGrady*
J. L. MCGRADY
Plaintiff

**RECEIVED**

MAY 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Receipt 1 (top-left)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Honorable Alberto Gonzalez
   U.S. Department of Justice
   950 Pennsylvania Avenue
   Washington DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signed]
- B. Received by (Printed Name): [illegible] / MAY 1 2006
- C. Date of Delivery
- Agent ☐  Addressee ☐
- D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7004 2890 0002 0376 5441

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1035

## Receipt 2 (top-right)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Department of the Navy
   Office of the General Counsel
   Navy Litigation Office
   720 Kennon Street SE Bldg 36, Rm 233
   Washington Navy Yard DC 20374-5013

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signed]
- B. Received by (Printed Name): [illegible] — postmark MAY 2006 NSA ANNEX
- C. Date of Delivery
- Agent ☐  Addressee ☐
- D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7004 2890 0002 0376 4833

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1035

## Receipt 3 (bottom-left)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. K. L. Wainstein
   U.S. Attorney for the District of Columbia
   555 4th St. NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signed]
- B. Received by (Printed Name): [illegible] MAY 1 2006
- C. Date of Delivery
- Agent ☐  Addressee ☐
- D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7004 2890 0002 0376 4826

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Receipt 4 (bottom-right)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Honorable Secretary of the Navy
   Office of the General Counsel
   Navy Litigation Office
   720 Kennon St SE Bldg 36, Rm 233
   Washington Navy Yard DC 20374-5013

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signed]
- B. Received by (Printed Name): [illegible] — postmark MAY 1 2006 NSA ANNEX
- C. Date of Delivery
- Agent ☐  Addressee ☐
- D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7004 2890 0002 0376 4796

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

SURE (1)

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2006, I, J. L. McGrady, sent by first class, U.S. mail, postage prepaid, a copy of Plaintiff's Proof of Service of Complainant and Summons to the following addresses:

Clerk of Court
United States District Court
for the District of Columbia
333 Constitution Ave., NW
Washington DC 20001

Donald C. Winter, Secretary of the Navy
Office of the General Counsel
Navy Litigation Office
720 Kennon Street SE Bldg 36, Rm 233
Washington Navy Yard DC 20374-5013

Department of the Navy
Office of the General Counsel
Navy Litigation Office
720 Kennon Street SE Bldg 36, Rm 233
Washington Navy Yard DC 20374-5013

Mr. K. L. Wainstein
U.S. Attorney for the District of Columbia
555 4th St. NW
Washington, DC 20530

Honorable Alberto Gonzalez
U.S. Department of Justice
950 Pennsylvania Avenue
Washington DC 20530-0001

J. L. MCGRADY
Plaintiff
820 Bright Street
Fredericksburg, Virginia
540.371.3792