**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JACKSON L. MCGRADY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0752 (GK)** |
| | ) | |
| **DONALD C. WINTER, Secretary of the Navy,** | ) | |
| **and DEPARTMENT OF THE NAVY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of 30 days, up to and including June 30, 2006, in which to answer, move or otherwise respond to plaintiff's complaint. Defendant's reply would otherwise be due on May 31, 2006.

Defendant seeks this enlargement because the defendant agency needs additional time to locate and review documents pertinent to the case. Undersigned counsel consulted with agency counsel and learned that documents which are needed to prepare a response in this matter have been requested from Quantico, Virginia. However, agency counsel has yet to receive those documents. In addition, agency counsel is in the process of obtaining a declaration to support defendant's response to plaintiff's complaint, which is expected to be in the form of a dispositive motion. Therefore, defendant requests the additional time to answer, move or otherwise respond to plaintiff's complaint.

Pursuant to Local Rule 7(m), defendant's counsel informed plaintiff *pro se*, that defendant would be requesting an additional thirty (30) days to respond to the complaint. Plaintiff *pro se* opposed this motion.

For the above-mentioned reasons, defendant respectfully requests that the enlargement of time to answer, move or otherwise respond to this complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,


_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this ___ day of May, 2006, I caused the foregoing to be served by

first class mail, postage prepaid, to plaintiff *pro se*:

Jackson L. McGrady
820 Bright Street
Fredericksburg, Virginia 22401


_____
MARIAN L. BORUM
Assistant United States Attorney

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JACKSON L. MCGRADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0752 (GK) |
| | ) | |
| DONALD C. WINTER, Secretary of the Navy, | ) | |
| and DEPARTMENT OF THE NAVY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this _____ day of _____, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including June 30, 2006 in which to answer, move or otherwise respond to plaintiff's Complaint.


Date _____

_____
UNITED STATES DISTRICT JUDGE