IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JACKSON L. MCGRADY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DONALD C. WINTER, Secretary of the Navy,<br>　and DEPARTMENT OF THE NAVY,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 06-0752 (GK)<br>)<br>)<br>)<br>)<br>)<br>) |

## ERRATA

Defendant respectfully files the attached Exhibit, a corrected Certificate of Service, which should accompany its Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN, D.C. Bar # 451058
　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. Bar # 434122
　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARIAN L. BORUM, D.C. Bar # 435409
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　501 Third Street, N.W., Fourth Floor
　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　(202) 514-6531
　　　　　　　　　　　　　　　　Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of May, 2006, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

Jackson L. McGrady
820 Bright Street
Fredericksburg, Virginia 22401

_____
MARIAN L. BORUM
Assistant United States Attorney