## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of May, 2006, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

Jackson L. McGrady
820 Bright Street
Fredericksburg, Virginia 22401

_____
MARIAN L. BORUM
Assistant United States Attorney