Plaintiff Exhibit  *8*

FY 2004 USMC LIEUTENANT COLONEL SELECTION BOARD

PRESIDENT OF BOARD: MAJOR GENERAL WILLIAM G. BOWDON III, USMC

CONVENING DATE:        10/9/02              ADJOURNMENT DATE:      10/25/02

ELIGIBLE FOR PROMOTION   1323               AUTHORIZED TO SELECT:   377

|                | ELIGIBLE | SELECTED | % SELECTED |
|----------------|----------|----------|-----------|
| ABOVE ZONE     | 395      | 29       | 5.4 %     |
| IN ZONE        | 538      | 348      | 64.7 %    |
| BELOW ZONE     | 390      | 0        | 0.0 %     |
|                | 1323     | 377      |           |

SELECTION OPPORTUNITY:  70.1 %

PLANNED PROMOTION OPPORTUNITY:  70.0 %

(% SELECTED IS DERIVED BY DIVIDING NUMBER SELECTED IN EACH ZONE BY THE IN ZONE
POPULATION TO MAINTAIN PLANNED PROMOTION OPPORTUNITY)

### AGE/SERVICE DISTRIBUTION (AVERAGE YEARS)

SELECTED OFFICERS

|                 | ABOVE ZONE | IN ZONE | BELOW ZONE |
|-----------------|------------|---------|------------|
| TIME IN GRADE   | 6.1        | 4.6     | 0.0        |
| TIME IN SERVICE | 17.0       | 15.3    | 0.0        |
| AGE             | 40.0       | 38.1    | 0.0        |

### CIVILIAN EDUCATION

|              | ABOVE ZONE | | | IN ZONE | | | BELOW ZONE | | |
|--------------|------|-----|------|------|-----|------|------|-----|------|
|              | ELIG | SEL | %SEL | ELIG | SEL | %SEL | ELIG | SEL | %SEL |
| DOCTORATE    | 5    | 0   | 0.0  | 9    | 5   | 55.6 | 4    | 0   | 0.0  |
| POST MASTERS | 0    | 0   | 0.0  | 5    | 4   | 80.0 | 3    | 0   | 0.0  |
| MASTERS      | 128  | 12  | 9.4  | 233  | 167 | 71.7 | 116  | 0   | 0.0  |
| 1ST PROF     | 13   | 0   | 0.0  | 9    | 6   | 66.7 | 10   | 0   | 0.0  |
| BACHELORS    | 248  | 17  | 6.9  | 281  | 166 | 59.1 | 257  | 0   | 0.0  |
| ASSOCIATES   | 0    | 0   | 0.0  | 0    | 0   | 0.0  | 0    | 0   | 0.0  |
| HIGH SCHOOL  | 1    | 0   | 0.0  | 1    | 0   | 0.0  | 0    | 0   | 0.0  |

## FY 2004 USMC LIEUTENANT COLONEL SELECTION BOARD
## RACE/ETHNIC INFORMATION

### RACE/ETHNIC PROFILE DATA FOR THE FY04 PROMOTION BOARD -- APZ

|  | FEMALE | | | MALE | | | TOTAL FEMALE and MALE | | |
|---|---|---|---|---|---|---|---|---|---|
|  | CON | SEL | %SEL | CON | SEL | %SEL | CON | SEL | %SEL |
| White | 10 | 4 | 40.0 | 343 | 24 | 7.0 | 353 | 28 | 7.9 |
| Black | 3 | 0 | 0.0 | 19 | 1 | 5.3 | 22 | 1 | 4.5 |
| Hispanic | 0 | 0 | 0.0 | 9 | 0 | 0.0 | 9 | 0 | 0.0 |
| Asian/Pac | 0 | 0 | 0.0 | 5 | 0 | 0.0 | 5 | 0 | 0.0 |
| Amer. Ind | 0 | 0 | 0.0 | 2 | 0 | 0.0 | 2 | 0 | 0.0 |
| Other | 0 | 0 | 0.0 | 4 | 0 | 0.0 | 4 | 0 | 0.0 |
| Total | 13 | 4 | 30.8 | 382 | 25 | 6.5 | 395 | 29 | 7.3 |

### RACE/ETHNIC PROFILE DATA FOR THE FY04 PROMOTION BOARD -- IPZ

|  | FEMALE | | | MALE | | | TOTAL FEMALE and MALE | | |
|---|---|---|---|---|---|---|---|---|---|
|  | CON | SEL | %SEL | CON | SEL | %SEL | CON | SEL | %SEL |
| White | 7 | 4 | 57.1 | 457 | 303 | 66.3 | 464 | 307 | 66.2 |
| Black | 4 | 3 | 75.0 | 30 | 12 | 40.0 | 34 | 15 | 44.1 |
| Hispanic | 0 | 0 | 0.0 | 22 | 14 | 63.6 | 22 | 14 | 63.6 |
| Asian/Pac | 0 | 0 | 0.0 | 10 | 6 | 60.0 | 10 | 6 | 60.0 |
| Amer. Ind | 0 | 0 | 0.0 | 6 | 5 | 83.3 | 6 | 5 | 83.3 |
| Other | 0 | 0 | 0.0 | 2 | 1 | 50.0 | 2 | 1 | 50.0 |
| Total | 11 | 7 | 63.6 | 527 | 341 | 64.7 | 538 | 348 | 64.7 |

### RACE/ETHNIC PROFILE DATA FOR THE FY04 PROMOTION BOARD -- BPZ

|  | FEMALE | | | MALE | | | TOTAL FEMALE and MALE | | |
|---|---|---|---|---|---|---|---|---|---|
|  | CON | SEL | %SEL | CON | SEL | %SEL | CON | SEL | %SEL |
| White | 7 | 0 | 0.0 | 340 | 0 | 0.0 | 347 | 0 | 0.0 |
| Black | 0 | 0 | 0.0 | 16 | 0 | 0.0 | 16 | 0 | 0.0 |
| Hispanic | 0 | 0 | 0.0 | 13 | 0 | 0.0 | 13 | 0 | 0.0 |
| Asian/Pac | 2 | 0 | 0.0 | 7 | 0 | 0.0 | 9 | 0 | 0.0 |
| Amer. Ind | 0 | 0 | 0.0 | 3 | 0 | 0.0 | 3 | 0 | 0.0 |
| Other | 1 | 0 | 0.0 | 1 | 0 | 0.0 | 2 | 0 | 0.0 |
| Total | 10 | 0 | 0.0 | 380 | 0 | 0.0 | 390 | 0 | 0.0 |

FY 2004 USMC LIEUTENANT COLONEL SELECTION BOARD

PROFESSIONAL MILITARY EDUCATION

|  | ABOVE ZONE | | | IN ZONE | | | BELOW ZONE | | |
|---|---|---|---|---|---|---|---|---|---|
|  | ELIG | SEL | %SEL | ELIG | SEL | %SEL | ELIG | SEL | %SEL |
| TOP LEVEL | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 2 | 0 | 0.0 |
| INTERMEDIATE | 309 | 24 | 7.8 | 492 | 330 | 67.1 | 219 | 0 | 0.0 |
| CAREER LEVEL | 68 | 4 | 5.9 | 37 | 15 | 40.5 | 117 | 0 | 0.0 |

SOURCE OF ENTRY

|  | ABOVE ZONE | | | IN ZONE | | | BELOW ZONE | | |
|---|---|---|---|---|---|---|---|---|---|
|  | ELIG | SEL | %SEL | ELIG | SEL | %SEL | ELIG | SEL | %SEL |
| PLC (Ground) | 82 | 6 | 7.3 | 78 | 55 | 70.5 | 37 | 0 | 0.0 |
| PLC (Air) | 57 | 5 | 8.8 | 112 | 75 | 67.0 | 64 | 0 | 0.0 |
| PLC (Law) | 4 | 0 | 0.0 | 11 | 8 | 72.7 | 11 | 0 | 0.0 |
| PLC (NFO) | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 |
| OCC | 50 | 2 | 4.0 | 24 | 17 | 70.8 | 44 | 0 | 0.0 |
| AOC | 21 | 2 | 9.5 | 11 | 8 | 72.7 | 27 | 0 | 0.0 |
| WOCC | 10 | 3 | 30.0 | 4 | 2 | 50.0 | 6 | 0 | 0.0 |
| MNFOC | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 |
| NESEP | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 |
| MECEP | 7 | 1 | 14.3 | 15 | 10 | 66.7 | 22 | 0 | 0.0 |
| MCP | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 |
| ECP | 12 | 1 | 8.3 | 11 | 7 | 63.6 | 10 | 0 | 0.0 |
| WOP | 5 | 0 | 0.0 | 11 | 5 | 45.5 | 1 | 0 | 0.0 |
| NROTC | 97 | 7 | 7.2 | 157 | 95 | 60.5 | 118 | 0 | 0.0 |
| OROTC | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 |
| NA | 42 | 2 | 4.8 | 98 | 63 | 64.3 | 44 | 0 | 0.0 |
| OA | 3 | 0 | 0.0 | 5 | 3 | 60.0 | 2 | 0 | 0.0 |
| IST | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 4 | 0 | 0.0 |
| OTHER | 4 | 0 | 0.0 | 1 | 0 | 0.0 | 0 | 0 | 0.0 |

LEGEND:

| | |
|---|---|
| PLC | = Platoon Leaders Class |
| OCC | = Officer Candidates Course |
| AOC | = Aviation Officer Candidate |
| WOCC | = Woman Officer Candidate |
| MNFOC | = Marine Naval Flight Officer Candidate |
| NESEP | = Navy Enlisted Scientific Education Program |
| MECEP | = Marine Enlisted Commissioning Education Program |
| MCP | = Meritorious Commissioning Program |
| ECP | = Enlisted Commissioning Program |
| WOP | = Warrant Officer Program |
| NROTC | = Navy Reserve Officer Training Course |
| OROTC | = Other Service Reserve Officer Training Course |
| NA | = Naval Academy |
| OA | = Other Academies |
| IST | = Inter-service Transfer |

FY 2004 USMC LIEUTENANT COLONEL SELECTION BOARD

OCCUPATIONAL FIELD DISTRIBUTION

| | | ABOVE ZONE | | | IN ZONE | | | BELOW ZONE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ELIG | SEL | %SEL | ELIG | SEL | %SEL | ELIG | SEL | %SEL |
| 01 | Administrative | 10 | 1 | 10.0 | 7 | 3 | 42.9 | 8 | 0 | 0.0 |
| 02 | Intelligence | 17 | 2 | 11.8 | 17 | 8 | 47.1 | 20 | 0 | 0.0 |
| 03 | Infantry | 53 | 3 | 5.7 | 87 | 60 | 69.0 | 58 | 0 | 0.0 |
| 04 | Logistics | 46 | 5 | 10.9 | 41 | 28 | 68.3 | 31 | 0 | 0.0 |
| 06 | Data/Comm | 27 | 1 | 3.7 | 23 | 17 | 73.9 | 21 | 0 | 0.0 |
| 08 | Artillery | 27 | 2 | 7.4 | 39 | 24 | 61.5 | 18 | 0 | 0.0 |
| 13 | Engineer | 16 | 1 | 6.3 | 14 | 7 | 50.0 | 7 | 0 | 0.0 |
| 18 | Tanks/Tracks | 18 | 0 | 0.0 | 16 | 10 | 62.5 | 6 | 0 | 0.0 |
| 30 | Supply | 18 | 0 | 0.0 | 13 | 5 | 38.5 | 14 | 0 | 0.0 |
| 34 | Finance | 11 | 3 | 27.3 | 5 | 5 | 100.0 | 5 | 0 | 0.0 |
| 35 | Motor Transport | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 |
| 43 | Public Affairs | 7 | 1 | 14.3 | 4 | 3 | 75.0 | 0 | 0 | 0.0 |
| 44 | Legal | 21 | 0 | 0.0 | 18 | 12 | 66.7 | 20 | 0 | 0.0 |
| 58 | MP/Corrections | 7 | 1 | 14.3 | 4 | 3 | 75.0 | 3 | 0 | 0.0 |
| 60 | Aircraft Maint | 8 | 1 | 12.5 | 7 | 4 | 57.1 | 5 | 0 | 0.0 |
| 66 | Aircraft Supply | 3 | 0 | 0.0 | 7 | 4 | 57.1 | 5 | 0 | 0.0 |
| 72 | Air Control | 8 | 1 | 12.5 | 35 | 25 | 71.4 | 13 | 0 | 0.0 |
| 75 | Aviation | 97 | 7 | 7.2 | 201 | 130 | 64.7 | 156 | 0 | 0.0 |
| TOTAL | | 395 | 29 | | 538 | 348 | | 390 | 0 | |

FY 20__ USMC LIEUTENANT COLONEL SELECTION BOARD
PRIMARY MILITARY OCCUPATIONAL SPECIALITY

| | ABOVE ZONE | | | IN ZONE | | | BELOW ZONE | | |
|---|---|---|---|---|---|---|---|---|---|
| | ELIG | SEL | %SEL | ELIG | SEL | %SEL | ELIG | SEL | %SEL |
| 0180 | 10 | 1 | 10.0 | 7 | 3 | 42.9 | 8 | 0 | 0.0 |
| 0202 | 17 | 2 | 11.8 | 17 | 8 | 47.1 | 20 | 0 | 0.0 |
| 0302 | 53 | 3 | 5.7 | 87 | 60 | 69.0 | 58 | 0 | 0.0 |
| 0402 | 46 | 5 | 10.9 | 41 | 28 | 68.3 | 31 | 0 | 0.0 |
| 0602 | 27 | 1 | 3.7 | 23 | 17 | 73.9 | 21 | 0 | 0.0 |
| 0802 | 27 | 2 | 7.4 | 39 | 24 | 61.5 | 18 | 0 | 0.0 |
| 1302 | 16 | 1 | 6.3 | 14 | 7 | 50.0 | 7 | 0 | 0.0 |
| 1802 | 10 | 0 | 0.0 | 9 | 5 | 55.6 | 3 | 0 | 0.0 |
| 1803 | 8 | 0 | 0.0 | 7 | 5 | 71.4 | 3 | 0 | 0.0 |
| 3002 | 18 | 0 | 0.0 | 13 | 5 | 38.5 | 14 | 0 | 0.0 |
| 3404 | 11 | 3 | 27.3 | 5 | 5 | 100.0 | 5 | 0 | 0.0 |
| 3510 | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 |
| 4302 | 7 | 1 | 14.3 | 4 | 3 | 75.0 | 0 | 0 | 0.0 |
| 4402 | 21 | 0 | 0.0 | 18 | 12 | 66.7 | 20 | 0 | 0.0 |
| 5803 | 7 | 1 | 14.3 | 4 | 3 | 75.0 | 3 | 0 | 0.0 |
| 6002 | 8 | 1 | 12.5 | 7 | 4 | 57.1 | 5 | 0 | 0.0 |
| 6602 | 3 | 0 | 0.0 | 7 | 4 | 57.1 | 5 | 0 | 0.0 |
| 7202 | 8 | 1 | 12.5 | 35 | 25 | 71.4 | 13 | 0 | 0.0 |
| 7509 | 14 | 3 | 21.4 | 24 | 18 | 75.0 | 14 | 0 | 0.0 |
| 7523 | 11 | 1 | 9.1 | 21 | 16 | 76.2 | 16 | 0 | 0.0 |
| 7525 | 3 | 0 | 0.0 | 11 | 7 | 63.6 | 11 | 0 | 0.0 |
| 7532 | 0 | 0 | 0.0 | 5 | 5 | 100.0 | 1 | 0 | 0.0 |
| 7543 | 1 | 0 | 0.0 | 1 | 1 | 100.0 | 4 | 0 | 0.0 |
| 7556 | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 1 | 0 | 0.0 |
| 7557 | 5 | 0 | 0.0 | 8 | 3 | 37.5 | 10 | 0 | 0.0 |
| 7562 | 20 | 1 | 5.0 | 39 | 24 | 61.5 | 31 | 0 | 0.0 |
| 7563 | 6 | 0 | 0.0 | 9 | 5 | 55.6 | 14 | 0 | 0.0 |
| 7564 | 8 | 0 | 0.0 | 9 | 6 | 66.7 | 4 | 0 | 0.0 |
| 7565 | 7 | 0 | 0.0 | 26 | 15 | 57.7 | 19 | 0 | 0.0 |
| 7566 | 12 | 2 | 16.7 | 33 | 22 | 66.7 | 21 | 0 | 0.0 |
| 7588 | 9 | 0 | 0.0 | 15 | 8 | 53.3 | 10 | 0 | 0.0 |
| TOTAL | 395 | 29 | | 538 | 348 | | 390 | 0 | |

### FY 2004 USMC LIEUTENANT COLONEL SELECTION BOARD
### ACQUISITION CORPS STATISTICS

**Above the Zone**

|  | Number Considered | Number Selected | Percent |
|---|---|---|---|
| Acquisition Corps | 15 | 0 | 0.0 |
| Other Officers | 380 | 29 | 7.6 |
| Board Average | 395 | 29 | 7.3 |

**In the Zone**

|  | Number Considered | Number Selected | Percent |
|---|---|---|---|
| Acquisition Corps | 24 | 18 | 75.0 |
| Other Officers | 514 | 330 | 64.2 |
| Board Average | 538 | 348 | 64.7 |

**Below Zone**

|  | Number Considered | Number Selected | Percent |
|---|---|---|---|
| Acquisition Corps | 8 | 0 | 0.0 |
| Other Officers | 382 | 0 | 0.0 |
| Board Average | 390 | 0 | 0.0 |

FY04 USMC LIEUTENANT COLONEL SELECTION BOARD

JOINT DUTY STATISTICS

BOARD DATE 9 OCT 02

CHANGE 1 - 15 JAN 03

## A.  IN THE PROMOTION ZONE (O5)

| ACTIVITY | SERVING IN | | | HAVE SERVED | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|
| | CON | SEL | %SEL | CON | SEL | %SEL | CON | SEL | %SEL |
| JSO | 0 | 0 | 0.0 | 3 | 2 | 66.7 | 3 | 2 | 66.7 |
| JOINT STAFF | 2 | 2 | 100.0 | 1 | 1 | 100.0 | 3 | 3 | 100.0 |
| OSD | 0 | 0 | 0.0 | 1 | 1 | 100.0 | 1 | 1 | 100.0 |
| SERVICE HQTRS | 44 | 30 | 68.2 | 38 | 26 | 68.4 | 82 | 56 | 68.3 |
| OTHER JOINT | 62 | 41 | 66.1 | 17 | 11 | 64.7 | 79 | 52 | 66.7 |
| BOARD AVERAGE | ///////////////////////////////////// | | | | | | 538 | 348 | 64.7 |

## B.  BELOW THE PROMOTION ZONE (O5)

| ACTIVITY | SERVING IN | | | HAVE SERVED | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|
| | CON | SEL | %SEL | CON | SEL | %SEL | CON | SEL | %SEL |
| JSO | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 |
| JOINT STAFF | 2 | 0 | 0.0 | 0 | 0 | 0.0 | 2 | 0 | 0.0 |
| OSD | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 |
| SERVICE HQTRS | 23 | 0 | 0.0 | 19 | 0 | 0.0 | 42 | 0 | 0.0 |
| OTHER JOINT | 28 | 0 | 0.0 | 6 | 0 | 0.0 | 34 | 0 | 0.0 |
| BOARD AVERAGE | ///////////////////////////////////// | | | | | | 390 | 0 | 0.0 |

## C.  ABOVE THE PROMOTION ZONE (O5)

| ACTIVITY | SERVING IN | | | HAVE SERVED | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|
| | CON | SEL | %SEL | CON | SEL | %SEL | CON | SEL | %SEL |
| JSO | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 1 | 0 | 0.0 |
| JOINT STAFF | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 |
| OSD | 1 | 0 | 0.0 | 0 | 0 | 0.0 | 1 | 0 | 0.0 |
| SERVICE HQTRS | 25 | 5 | 20.0 | 5 | 2 | 40.0 | 30 | 7 | 23.3 |
| OTHER JOINT | 34 | 3 | 8.8 | 7 | 1 | 14.3 | 40 | 4 | 10.0 |
| BOARD AVERAGE | ///////////////////////////////////// | | | | | | 395 | 29 | 7.3 |

Plaintiff Exhibit ___9___

# MARADMIN 332/03

«««-------------------------------------------------------»»»

**Date signed: 07/21/2003 MARADMIN Number: 332/03**
R 211407Z JUL 03
FM CMC WASHINGTON DC(uc)
TO AL MARADMIN(uc)
MARADMIN
BT
UNCLASSIFIED
MARADMIN 332/03
MSGID/GENADMIN/CMC WASHINGTON DC MM//
SUBJ/CONVENING OF THE FY05 U.S. MARINE CORPS COLONEL, LIEUTENANT
/COLONEL, AND MAJOR PROMOTION SELECTION BOARDS//
REF/A/MSG/CMC MM/100521ZMAR2003//
REF/B/DOC/CMC MMPR/01JUL2003//
REF/C/MSG/CMC MM/271002ZSEP2001//
REF/D/MSG/CMC MM/112352ZSEP2002//
REF/E/MSG/CMC MM/200729ZFEB2003//
NARR/REF A IS MARADMIN 102/03, FY05 U.S. MARINE CORPS OFFICER
PROMOTION SELECTION BOARDS. REF B IS MCBUL 1400, OFFICER LINEAL
PRECEDENCE. REF C IS MARADMIN 463/01, TRANSMISSION AND FILING OF
DIGITAL PHOTOGRAPHS TO THE OFFICIAL MILITARY PERSONNEL FILE (OMPF).
REF D IS MARADMIN 483/02, TRANSMISSION AND FILING OF DIGITAL
PHOTOGRAPHS TO THE OFFICIAL MILITARY PERSONNEL FILE (OMPF). REF E
IS MARADMIN 066/03, SUBMISSION OF OFFICIAL PHOTOGRAPHS FOR DEPLOYED
MARINES.//
POC/P. L. GILLIS/MAJOR/MMPR-1/-/TEL:(703) 784-9703
/EMAIL:GILLISPL@MANPOWER.USMC.MIL//
GENTEXT/REMARKS/1. AS ANNOUNCED BY REFERENCE A, THE FY05 U.S.
MARINE CORPS COLONEL, LIEUTENANT COLONEL, AND MAJOR PROMOTION
SELECTION BOARDS WILL CONVENE AT HARRY LEE HALL, MARINE CORPS BASE,
QUANTICO, VA, AS FOLLOWS:
   8 SEPTEMBER 2003 - COLONEL
   4 SEPTEMBER 2003 - LIEUTENANT COLONEL
   8 SEPTEMBER 2003 - MAJOR
2. PROMOTION BOARDS. THE BOARDS WILL CONSIDER THREE CATEGORIES OF
OFFICERS: ABOVE-ZONE, IN-ZONE, AND BELOW-ZONE. OFFICERS DEFINED AS
ACTIVE-DUTY LIST (ADL) IN REFERENCE B ARE ELIGIBLE FOR THE BOARDS.
HOWEVER, OFFICERS WITH ESTABLISHED SEPARATION/RETIREMENT DATES
WITHIN 90 DAYS OF THE CONVENING DATE OF THEIR RESPECTIVE BOARD WILL
NOT BE CONSIDERED BY THE BOARD IF THE SEPARATION/RETIREMENT DATE IS
ESTABLISHED BY MIDNIGHT ON THE DAY THE BOARD CONVENES. OFFICERS
WHOSE LINEAL CONTROL NUMBER (LCN) PRECEDES THE SENIOR OFFICER
IN-ZONE ARE DEFINED AS ABOVE-ZONE. THOSE ABOVE-ZONE OFFICERS WHO
HAVE NOT BEEN PREVIOUSLY CONSIDERED ARE DEFINED AS "ABOVE-ZONE, NOT
PREVIOUSLY CONSIDERED." OFFICERS IN THIS STATUS ARE CONSIDERED BY
THE BOARD TO BE IN-ZONE. OFFICERS MAY REVIEW REFERENCE B AND THEIR
ELIGIBILITY FOR THE BOARD ON THE INTERNET AT THE OFFICER PROMOTION
HOMEPAGE. THE SENIOR AND JUNIOR OFFICERS IN-ZONE AND THE JUNIOR
OFFICER ELIGIBLE BELOW-ZONE ARE AS FOLLOWS (ENCLOSURE (1) OF
REFERENCE B APPLIES):
   A. COLONEL SELECTION BOARD
      SENIOR OFFICER IN-ZONE - LTCOL SHAUGNESSY A. REYNOLDS
                     DOR 1 JAN 99
                     LCN 02470000
      JUNIOR OFFICER IN-ZONE - LTCOL THOMAS J. ANDERSON
                     DOR 1 OCT 99
                     LCN 03090000

```
                 JUNIOR OFFICER BELOW-ZONE - LTCOL PETER D. WOODMANSEE
                                        DOR 1 AUG 00
                                        LCN 03424000
      B.  LIEUTENANT COLONEL SELECTION BOARD
          SENIOR OFFICER IN-ZONE - MAJOR KARLA M. JESSUP
                                        DOR 1 AUG 98
                                        LCN 04633000
          JUNIOR OFFICER IN-ZONE - MAJOR DUNCAN C. PORTER
                                        DOR 1 MAY 99
                                        LCN 05357000
          JUNIOR OFFICER BELOW-ZONE - MAJOR DONALD E. GRAY, JR.
                                        DOR 1 MAR 00
                                        LCN 06147700
      C.  MAJOR SELECTION BOARD
          SENIOR OFFICER IN-ZONE - CAPTAIN RICARDO MIAGANY
                                        DOR 1 AUG 98
                                        LCN 04934000
          JUNIOR OFFICER IN-ZONE - CAPTAIN LENA C. DAVIS
                                        DOR 1 JUN 99
                                        LCN 05945000
          JUNIOR OFFICER BELOW-ZONE - CAPTAIN ERIC W. KELLY
                                        DOR 1 MAY 00
                                        LCN 07072000
```

3.  CONTINUATION BOARDS.  UPON CONCLUSION OF THE PROMOTION SELECTION
BOARDS, THE BOARDS WILL RECONVENE AS CONTINUATION BOARDS AS
SPECIFIED BELOW.   OFFICERS MAY VERIFY THEIR ELIGIBILITY FOR
CONSIDERATION FOR CONTINUATION BY CONTACTING THE CMC (MMSR).  THE
CMC (MMSR) WILL ADJUST THE MANDATORY RETIREMENT DATES AND/OR NOTIFY
THE OFFICERS SELECTED FOR CONTINUATION, AS APPLICABLE, AFTER THE
PROMOTION SELECTION RESULTS HAVE BEEN ANNOUNCED.  THE FOLLOWING
CONTINUATION BOARDS WILL BE CONVENED:
    A.  FY05 USMC LIEUTENANT COLONEL CONTINUATION BOARD.  THE BOARD
WILL CONSIDER REGULAR UNRESTRICTED LIEUTENANT COLONELS WHO:  HAVE
SKILLS IN MOS 0180, 02XX, 1302, 3404, 4302, 7543, AND 7557; WHO HAVE
TWICE FAILED SELECTION FOR PROMOTION TO COLONEL; AND AS A RESULT OF
NOT BEING SELECTED FOR PROMOTION WILL HAVE MANDATORY RETIREMENT
DATES BETWEEN 1 AUGUST 2004 AND 1 JULY 2005.  THE OFFICERS SELECTED
FOR CONTINUATION WILL BE CONTINUED ON ACTIVE DUTY FOR A PERIOD OF 3
YEARS OR UNTIL THE AGE OF 62, WHICHEVER IS EARLIER.
    B.  FY05 USMC MAJOR CONTINUATION BOARD.  THE BOARD WILL CONSIDER
TWO CATEGORIES OF OFFICERS.  THE BOARD WILL CONSIDER REGULAR
UNRESTRICTED MAJORS WHO:
        (1) POSSESS LESS THAN 18 YEARS ACTIVE SERVICE BY 1 JULY
2004; HAVE TWICE FAILED SELECTION FOR PROMOTION TO LIEUTENANT
COLONEL; AND AS A RESULT OF NOT BEING SELECTED FOR PROMOTION ARE
SUBJECT TO INVOLUNTARY DISCHARGE.  THE OFFICERS SELECTED FOR
CONTINUATION WILL BE CONTINUED ON ACTIVE DUTY UNTIL RETIREMENT
ELIGIBLE (20 YEARS ACTIVE SERVICE).
        (2) HAVE SKILLS IN MOS 0180, 02XX, 0602, 5803, 6602, AND
7202; POSSESS 18 YEARS ACTIVE SERVICE; HAVE TWICE FAILED SELECTION
FOR PROMOTION TO LIEUTENANT COLONEL; AND AS A RESULT OF NOT BEING
SELECTED FOR PROMOTION WILL HAVE MANDATORY RETIREMENT DATES BETWEEN
1 AUGUST 2004 AND 1 JULY 2005.  THE OFFICERS SELECTED FOR
CONTINUATION WILL BE CONTINUED ON ACTIVE DUTY FOR A PERIOD OF 3
YEARS OR UNTIL THE AGE OF 62, WHICHEVER IS EARLIER.
    C.  FY05 CAPTAIN CONTINUATION BOARD.  THE BOARD WILL CONSIDER
CAPTAINS WHO:  ARE PRIOR ENLISTED; POSSESS OVER 15 YEARS, BUT LESS
THAN 18 YEARS OF ACTIVE SERVICE AS OF 1 JULY 2004; HAVE TWICE FAILED
SELECTION FOR PROMOTION TO MAJOR; AND AS A RESULT OF NOT BEING
SELECTED FOR PROMOTION ARE SUBJECT TO INVOLUNTARY DISCHARGE.  THE

OFFICERS SELECTED FOR CONTINUATION WILL BE CONTINUED ON ACTIVE DUTY
UNTIL RETIREMENT ELIGIBLE (20 YEARS ACTIVE SERVICE).
4.  BOARD PREPARATION GUIDANCE.  OFFICERS ARE ADVISED TO REVIEW
REFERENCE A FOR GUIDANCE REGARDING SUBMISSION OF INFORMATION,
AUDITING THE OFFICIAL MILITARY PERSONNEL FILE (OMPF) AND MASTER
BRIEF SHEET (MBS), FITNESS REPORTS, PHOTOGRAPHS, DEFERMENT OF
ELIGIBILITY, AND REQUESTS FOR NONSELECTION PRIOR TO THE CONVENING
DATE OF THEIR BOARD.  OFFICERS MAY REVIEW REFERENCE A AT THE OFFICER
PROMOTION HOMEPAGE.  ALTHOUGH MENTIONED IN REFERENCE A, OFFICERS ARE
REMINDED OF THE FOLLOWING GUIDANCE:
    A.  PERSONAL RESPONSIBILITIES.  EACH OFFICER IS PERSONALLY
RESPONSIBLE TO ENSURE THE ACCURACY AND COMPLETENESS OF HIS OR HER
OMPF AND MBS.  OFFICERS ARE DIRECTED TO REVIEW THE GUIDANCE IN
PARAGRAPH 6 OF REFERENCE A.  DO NOT DELAY ACCOMPLISHING THIS REVIEW.
REQUESTING AN OMPF OR MBS, MAILING DELAYS, AND ANY FOLLOW-ON
CORRECTIVE ACTION TAKES TIME.  OFFICERS ARE ADVISED THAT THE OMPF
AND MBS ARE DISTRIBUTED TO THE BOARDROOM IN ADVANCE OF THE CONVENING
DATE.  THEREFORE, IT IS IMPERATIVE THAT OFFICERS REVIEW THEIR OMPF
AND MBS IN A TIMELY MANNER.  IF DEFICIENCIES, MISSING INFORMATION,
OR UNREADABLE DOCUMENTS ARE PRESENT IN THE OMPF, OFFICERS ARE
PERSONALLY RESPONSIBLE FOR CORRECTING THE PROBLEM OFFICIALLY WITH
THE CMC (MMSB-20).  AFTER CHECKING THEIR RECORDS, OFFICERS WHO HAVE
SPECIFIC CONCERNS ABOUT SOME ASPECT OF THEIR RECORD MAY CONTACT THE
CAREER COUNSELORS, THE CMC (MMOA-4) FOR ASSISTANCE.
    B.  COMMUNICATION WITH THE BOARD.  EACH OFFICER MAY COMMUNICATE
WITH THE PRESIDENT OF THE BOARD.  SUCH PERSONAL COMMUNICATIONS MUST
BE RECEIVED OR HAND-DELIVERED TO HARRY LEE HALL NO LATER THAN
MIDNIGHT (EASTERN TIME) ON THE CONVENING DATE OF THE BOARD.
        (1) UPDATE MATERIAL.  OFFICERS MAY SUBMIT ANY INFORMATION OR
MATERIAL THEY DEEM IMPORTANT FOR CONSIDERATION BEFORE THE BOARD.  BE
ADVISED THAT OMPF MATERIALS SENT DIRECTLY TO THE PRESIDENT OF THE
BOARD DO NOT BECOME PART OF AN OFFICER'S OMPF.  UPDATE MATERIAL IS
DESTROYED UPON FINAL APPROVAL OF THE BOARD.  ALTHOUGH OFFICERS MAY
SUBMIT ANY MATERIAL AS UPDATE MATERIAL, OFFICERS SHOULD CONTACT THE
CMC (MMSB-30) BEFORE SUBMITTING FITNESS REPORTS AS UPDATE MATERIAL
AND THE CMC (MMSB-20) FOR ANY OTHER OMPF MATERIALS.  THIS PROCESS
WILL ENSURE AN OFFICER'S OMPF IS APPROPRIATELY UPDATED.  THE
FOLLOWING GUIDELINES MUST BE ADHERED TO:
            (A) UPDATE MATERIAL MUST BE SUBMITTED UNDER COVER LETTER
WITH THE UPDATE MATERIAL AS ENCLOSURES;
            (B) THE COVER LETTER MUST BE ADDRESSED TO PRESIDENT,
FY05 USMC (APPROPRIATE GRADE) SELECTION BOARD (SEE PARAGRAPH 5A FOR
COMPLETE ADDRESS);
            (C) UPDATE MATERIAL MUST BE FROM THE ELIGIBLE OFFICER;
AND
            (D) THE COVER LETTER MUST BE SIGNED BY THE OFFICER.
MATERIAL SUBMITTED WITHOUT A COVER LETTER OR RECEIVED AFTER MIDNIGHT
ON THE CONVENING DATE OF THE BOARD WILL NOT BE SUBMITTED TO THE
BOARD.  OFFICERS DESIRING TO VERIFY THAT THE CMC (MMPR-1) HAS
PHYSICALLY RECEIVED UPDATE MATERIAL MAY DO SO VIA THE OFFICER
PROMOTION HOMEPAGE.
        (2) PHOTOGRAPHS.  AN OFFICIAL PHOTOGRAPH, TAKEN WITHIN 12
MONTHS OF THE CONVENING DATE OF BOARD, IS REQUIRED.  DIGITAL
PHOTOGRAPHS ARE PREFERRED TO BE ELECTRONICALLY FILED IN THE OMPF.
SEE REFERENCES C, D, AND E FOR THE SPECIFICATIONS REQUIRED FOR THE
SUBMISSION OF DIGITAL PHOTOGRAPHS.  OFFICERS HAVE A PERSONAL
RESPONSIBILITY TO ENSURE THEIR PHOTOGRAPH IS SUBMITTED AND RECEIVED
BY THE BOARD.  OFFICERS WHO SUBMIT DIGITAL PHOTOGRAPHS TO THE OMPF
MAY CONFIRM RECEIPT OF THE DIGITAL PHOTOGRAPH BY CONTACTING THE CMC
(MMSB-20) OR BY CHECKING THE MMSB HOMEPAGE.  OFFICERS WHO SUBMIT A

HARD-COPY PHOTOGRAPH MAY CONFIRM RECEIPT OF THE HARD-COPY PHOTOGRAPH
THROUGH THE OFFICER PROMOTION HOMEPAGE.  SEE PARAGRAPH 6B OF
REFERENCE A FOR ADDITIONAL GUIDANCE ON THE SUBMISSION OF
PHOTOGRAPHS.
5.  HOMEPAGE, ADDRESSES, AND POINTS OF CONTACT INFORMATION:
    A.  ADDRESS FOR THE PRESIDENT OF THE BOARD:
            PRESIDENT
            FY05 USMC (APPROPRIATE GRADE) SELECTION BOARD
            HEADQUARTERS, U.S. MARINE CORPS (MMPR-1)
            HARRY LEE HALL
            17 LEJEUNE ROAD
            QUANTICO, VA 22134-5104
    B.  OFFICER PROMOTION SECTION (MMPR-1) (COMM 703-784-XXXX):
            SECTION HEAD, DSN 278-9703/04
            PROMOTION BOARD ACTION OFFICERS, DSN 278-9705/06
            LINEAL SECTION, DSN 278-9705/06
            FAX MATERIAL TO DSN 278-9883
    C.  OFFICER PROMOTION HOMEPAGE:  WWW.USMC.MIL, SELECT CAREER,
MARINES, AND THEN UNDER PROMOTIONS CLICK ON "OFFICER" TO ARRIVE AT
THE OFFICER PROMOTION HOMEPAGE.  FROM THERE, TO FIND:
        (1) REFERENCE A:  CLICK ON "FY 2005 SELECTION BOARDS," THEN
ON "MARADMIN 102/03."
        (2) LINEAL LIST:  CLICK ON "MCBUL 1400."
        (3) ZONE ELIGIBILITY OR UPDATE MATERIAL RECEIPT
VERIFICATION:  CLICK ON "ELIGIBILITY VERIFICATION/SUBMITTED
MATERIAL."
        (4) E-MAIL:  CLICK ON "POINTS OF CONTACT."
    D.  PERSONNEL MANAGEMENT SUPPORT BRANCH (MMSB) (COMM
703-784-XXXX):
        (1) RECORDS CORRESPONDENCE SECTION (MMSB-10), DSN
278-5600/3920.  SEND OMPF OR MBS REQUESTS TO FAX DSN 278-5792 OR
E-MAIL REQUESTS TO MMSBOMPF@MANPOWER.USMC.MIL.
        (2) RECORDS MANAGEMENT SECTION (MMSB-20), DSN
278-5671/3952/3974.
        (3) PERFORMANCE EVALUATION SECTION (MMSB-30), DSN 278-3989
OR TOLL FREE 1-877-301-9953.
        (4) MMSB HOMEPAGE:  HTTPS:WWW.MMSB.USMC.MIL.  FROM THERE TO:
            (A) REQUEST AN OMPF OR MBS:  CLICK ON "OMPF OR MASTER
BRIEF SHEET" THEN CLICK ON "HOW TO REQUEST A COPY."
            (B) VERIFY RECEIPT OF FITNESS REPORTS:  CLICK ON
"PERFORMANCE EVALUATION SYSTEM" THEN CLICK ON "CHECK TO SEE IF YOUR
FITNESS REPORT HAS BEEN RECEIVED."
            (C) VERIFY RECEIPT OF DIGITAL PHOTOS:  CLICK ON "OMPF OR
MASTER BRIEF SHEET" THEN CLICK ON "CHECK TO SEE IF YOUR DIGITAL
PHOTO HAS BEEN RECEIVED."
    E.  OFFICER ASSIGNMENT BRANCH (MMOA) (COMM 703-784-XXXX):
        (1) PLANS, PROGRAMS, AND SUPPORT SECTION (MMOA-3), DSN
278-9284.
        (2) COUNSELING AND EVALUATION SECTION (MMOA-4), DSN
278-9281/9282 OR TOLL FREE 1-800-634-7988.
        (3) OFFICER ASSIGNMENT CAREER COUNSELING HOMEPAGE:
WWW.USMC.MIL, SELECT CAREER, MARINES, AND THEN UNDER CAREER
COUNSELING CLICK ON "OFFICER" TO ARRIVE AT THE OFFICER ASSIGNMENT
CAREER COUNSELING HOMEPAGE.  FROM THIS HOMEPAGE, OFFICERS CAN SET UP
A COUNSELING APPOINTMENT AND REVIEW ADDITIONAL INFORMATION REGARDING
PREPARING FOR A BOARD.
    F.  SEPARATION AND RETIREMENT BRANCH (MMSR), COMM 703-784-9324
OR DSN 278-9324.//

Plaintiff Exhibit __10__

# MARADMIN 371/02

«««------------------------------------------------------------------»»»

**Date signed:** 07/14/2002 **MARADMIN Number:** 371/02

```
R 120532Z JUL 02
FM CMC WASHINGTON DC(n)
TO ML MARADMIN(n)
MARADMIN
BT
UNCLAS
MARADMIN 371/02
MSGID/GENADMIN/CMC WASHINGTON DC/MMPR-1//
SUBJ/CONVENING OF THE FY04 U.S. MARINE CORPS COLONEL, LIEUTENANT
/COLONEL, AND MAJOR PROMOTION SELECTION BOARDS//
REF/A/RMG/CMC/160532ZAPR02//
REF/B/DOC/CMC/MMPR/1JUL02//
REF/C/RMG/CMC/271002ZSEP01//
NARR/REF A IS MARADMIN 209/02, FY04 U.S. MARINE CORPS OFFICER
PROMOTION SELECTION BOARDS.  REF B IS MCBUL 1400, OFFICER LINEAL
PRECEDENCE.  REF C IS MARADMIN 463/01, TRANSMISSION AND FILING OF
DIGITAL PHOTOGRAPHS TO THE OFFICIAL MILITARY PERSONNEL FILE (OMPF).//
RMKS/1.  AS ANNOUNCED BY REF A, THE FY04 U.S. MARINE CORPS COLONEL,
LIEUTENANT COLONEL, AND MAJOR PROMOTION SELECTION BOARDS WILL
CONVENE AT HARRY LEE HALL, MARINE CORPS BASE, QUANTICO, VA AS
FOLLOWS:
    3 OCTOBER 2002  -  COLONEL
    9 OCTOBER 2002  -  LIEUTENANT COLONEL
    4 SEPTEMBER 2002 - MAJOR
2.  PROMOTION BOARDS.  THE BOARDS WILL CONSIDER THREE CATEGORIES OF
OFFICERS:  ABOVE-ZONE, IN-ZONE, AND BELOW-ZONE.  OFFICERS DEFINED AS
ACTIVE-DUTY LIST (ADL) IN REF B ARE ELIGIBLE FOR THE BOARDS.
HOWEVER, OFFICERS WITH ESTABLISHED SEPARATION/RETIREMENT DATES
WITHIN 90 DAYS OF THE CONVENING DATE OF THEIR RESPECTIVE BOARD WILL
NOT BE CONSIDERED BY THE BOARD IF THE SEPARATION/RETIREMENT DATE IS
ESTABLISHED BY MIDNIGHT ON THE DAY THE BOARD CONVENES.  OFFICERS
WHOSE LINEAL CONTROL NUMBER (LCN) PRECEDES THE SENIOR OFFICER
IN-ZONE ARE DEFINED AS ABOVE-ZONE.  THOSE ABOVE-ZONE OFFICERS WHO
HAVE NOT BEEN PREVIOUSLY CONSIDERED ARE DEFINED AS "ABOVE-ZONE, NOT
PREVIOUSLY CONSIDERED."  OFFICERS IN THIS STATUS ARE CONSIDERED BY
THE BOARD TO BE IN-ZONE.  OFFICERS MAY REVIEW REF B AND THEIR
ELIGIBILITY FOR THE BOARD ON THE INTERNET AT THE OFFICER PROMOTION
HOMEPAGE.  THE SENIOR AND JUNIOR OFFICERS IN-ZONE AND THE JUNIOR
OFFICER ELIGIBLE BELOW-ZONE ARE AS FOLLOWS (ENCL (1) OF REF B
APPLIES):
    A.  COLONEL SELECTION BOARD
        SENIOR OFFICER IN-ZONE - LTCOL JOHN C. GAUTHIER
                                 DOR 1 MAR 98
                                 LCN 01951000
        JUNIOR OFFICER IN-ZONE - LTCOL PETER H. DEVLIN
                                 DOR 1 DEC 98
                                 LCN 02467000
        JUNIOR OFFICER BELOW-ZONE - LTCOL THOMAS J. ANDERSON
                                    DOR 1 OCT 99
                                    LCN 03090000
    B.  LIEUTENANT COLONEL SELECTION BOARD
        SENIOR OFFICER IN-ZONE - MAJOR SCOTT A. CRESSMAN
                                 DOR 1 AUG 97
                                 LCN 03503000
        JUNIOR OFFICER IN-ZONE - MAJOR CHRIS D. LANDRY
```

```
                                  DOR 1 JUL 98
                                  LCN 04631000
           JUNIOR OFFICER BELOW-ZONE - MAJOR DAVID P. CASEY
                                  DOR 1 JUN 99
                                  LCN 05380000
      C.  MAJOR SELECTION BOARD
           SENIOR OFFICER IN-ZONE - CAPTAIN WILLIAM M. SCHUCK, JR.
                                  DOR 1 AUG 97
                                  LCN 03715000
           JUNIOR OFFICER IN-ZONE - CAPTAIN KEVIN J. MASSETT
                                  DOR 1 JUL 98
                                  LCN 04905000
           JUNIOR OFFICER BELOW-ZONE - CAPTAIN DAMIAN L. SPOONER
                                  DOR 1 JUN 99
                                  LCN 06071000
```

3.  CONTINUATION BOARDS.  UPON CONCLUSION OF THE PROMOTION SELECTION
BOARDS, THE BOARDS WILL RECONVENE AS CONTINUATION BOARDS AS
SPECIFIED BELOW.  OFFICERS MAY VERIFY THEIR ELIGIBILITY FOR
CONSIDERATION FOR CONTINUATION BY CONTACTING CMC (MMSR).  CMC (MMSR)
WILL ADJUST THE MANDATORY RETIREMENT DATES AND/OR NOTIFY THE
OFFICERS SELECTED FOR CONTINUATION, AS APPLICABLE, AFTER THE
PROMOTION SELECTION RESULTS HAVE BEEN ANNOUNCED.  THE FOLLOWING
CONTINUATION BOARDS WILL BE CONVENED:

     A.  FY04 USMC LIEUTENANT COLONEL CONTINUATION BOARD.  THE BOARD
WILL CONSIDER REGULAR UNRESTRICTED LIEUTENANT COLONELS WHO:  HAVE
SKILLS IN MOS 0180, 02XX, 0602, 1302, 3404, 4302, 6002, 6602, 7543,
7557, AND 7564; WHO ARE NOT SELECTED FOR PROMOTION; AND AS A RESULT
OF NOT BEING SELECTED FOR PROMOTION WILL HAVE MANDATORY RETIREMENT
DATES BETWEEN 1 AUGUST 2003 AND 1 JULY 2004.  THE OFFICERS SELECTED
FOR CONTINUATION WILL BE CONTINUED ON ACTIVE DUTY FOR A PERIOD OF 3
YEARS OR UNTIL THE AGE OF 62, WHICHEVER IS EARLIER.

     B.  FY04 USMC MAJOR CONTINUATION BOARD.  THE BOARD WILL CONSIDER
TWO CATEGORIES OF OFFICERS.  THE BOARD WILL CONSIDER REGULAR
UNRESTRICTED MAJORS WHO:

          (1)  POSSESS LESS THAN 18 YEARS ACTIVE SERVICE BY 1 JULY
2003; ARE NOT SELECTED FOR PROMOTION A SECOND TIME; AND AS A RESULT
OF NOT BEING SELECTED FOR PROMOTION ARE SUBJECT TO INVOLUNTARY
DISCHARGE.  THE OFFICERS SELECTED FOR CONTINUATION WILL BE CONTINUED
ON ACTIVE DUTY UNTIL RETIREMENT ELIGIBLE (20 YEARS ACTIVE SERVICE).

          (2)  HAVE SKILLS IN MOS 0180, 02XX, 0602, 1302, 3002, 3404,
4302, 6002, 6602, 7202, AND 7543; POSSESS 18 YEARS ACTIVE SERVICE;
ARE NOT SELECTED FOR PROMOTION A SECOND TIME; AND AS A RESULT OF NOT
BEING SELECTED FOR PROMOTION WILL HAVE MANDATORY RETIREMENT DATES
BETWEEN 1 AUGUST 2003 AND 1 JULY 2004.  THE OFFICERS SELECTED FOR
CONTINUATION WILL BE CONTINUED ON ACTIVE DUTY FOR A PERIOD OF 3
YEARS OR UNTIL THE AGE OF 62, WHICHEVER IS EARLIER.

     C.  FY04 CAPTAIN CONTINUATION BOARD.  THE BOARD WILL
CONSIDER CAPTAINS WHO:  ARE PRIOR ENLISTED; POSSESS OVER 15 YEARS,
BUT LESS THAN 18 YEARS OF ACTIVE SERVICE AS OF 1 JULY 2003; ARE NOT
SELECTED FOR PROMOTION A SECOND TIME; AND AS A RESULT OF NOT BEING
SELECTED FOR PROMOTION ARE SUBJECT TO INVOLUNTARY DISCHARGE.  THE
OFFICERS SELECTED FOR CONTINUATION WILL BE CONTINUED ON ACTIVE DUTY
UNTIL RETIREMENT ELIGIBLE (20 YEARS ACTIVE SERVICE).

4.  BOARD PREPARATION GUIDANCE.  OFFICERS ARE ADVISED TO REVIEW REF A
FOR GUIDANCE REGARDING SUBMISSION OF INFORMATION, AUDITING THE
OFFICIAL MILITARY PERSONNEL FILE (OMPF) AND MASTER BRIEF SHEET
(MBS), FITNESS REPORTS, PHOTOGRAPHS, DEFERMENT OF ELIGIBILITY, AND
REQUESTS FOR NONSELECTION PRIOR TO THE CONVENING DATE OF THEIR
BOARD.  OFFICERS MAY REVIEW REF A AT THE OFFICER PROMOTION HOMEPAGE.
ALTHOUGH MENTIONED IN REF A, OFFICERS ARE REMINDED OF THE FOLLOWING

GUIDANCE:

A.    PERSONAL RESPONSIBILITIES.  EACH OFFICER IS PERSONALLY
RESPONSIBLE TO ENSURE THE ACCURACY AND COMPLETENESS OF HIS/HER
OMPF AND MBS.  DO NOT DELAY ACCOMPLISHING THIS REVIEW.  REQUESTING
AN OMPF OR MBS, MAILING DELAYS, AND ANY FOLLOW-ON CORRECTIVE ACTION
TAKES TIME.  OFFICERS ARE ADVISED THAT THE OMPF AND MBS ARE
DISTRIBUTED TO THE BOARDROOM IN ADVANCE OF THE CONVENING DATE.
THEREFORE, IT IS IMPERATIVE THAT OFFICERS REVIEW THEIR OMPF AND MBS
IN A TIMELY MANNER.  IF DEFICIENCIES, MISSING INFORMATION, OR
UNREADABLE DOCUMENTS ARE PRESENT IN THE OMPF, OFFICERS ARE
PERSONALLY RESPONSIBLE FOR BOTH CORRECTING THE PROBLEM OFFICIALLY
WITH CMC (MMSB-20) AND SENDING A COPY OF THE CORRECTED MATERIAL TO
THE PRESIDENT OF THE BOARD AS UPDATE MATERIAL.  AFTER CHECKING THEIR
RECORDS, OFFICERS WHO HAVE SPECIFIC CONCERNS ABOUT SOME ASPECT OF
THEIR RECORD MAY CONTACT THE CAREER COUNSELORS, CMC (MMOA-4) FOR
ASSISTANCE.

B.  COMMUNICATION WITH THE BOARD.  EACH OFFICER MAY COMMUNICATE
WITH THE PRESIDENT OF THE BOARD.  SUCH PERSONAL COMMUNICATIONS MUST
BE RECEIVED OR HAND-DELIVERED TO HARRY LEE HALL (OLD O'CLUB) NO LATER
THAN MIDNIGHT (EASTERN TIME) ON THE CONVENING DATE OF THE BOARD.

(1) UPDATE MATERIAL.  OFFICERS MAY SUBMIT ANY MATERIAL THEY
DEEM IMPORTANT FOR CONSIDERATION BEFORE THE BOARD.  THE FOLLOWING
GUIDELINES MUST BE ADHERED TO:

(A) UPDATE MATERIAL MUST BE SUBMITTED UNDER COVER LETTER
WITH THE UPDATE MATERIAL AS ENCLOSURES;

(B) THE COVER LETTER MUST BE ADDRESSED TO PRESIDENT, FY04
USMC (APPROPRIATE GRADE) SELECTION BOARD (SEE PAR 5A FOR COMPLETE
ADDRESS);

(C) UPDATE MATERIAL MUST BE FROM THE ELIGIBLE OFFICER;
AND

(D) THE COVER LETTER MUST BE SIGNED BY THE OFFICER.
MATERIAL SUBMITTED WITHOUT A COVER LETTER OR RECEIVED AFTER
MIDNIGHT ON THE CONVENING DATE OF THE BOARD WILL NOT BE SUBMITTED TO
THE BOARD.  OFFICERS DESIRING TO VERIFY THAT CMC (MMPR-1) HAS
PHYSICALLY RECEIVED UPDATE MATERIAL MAY DO SO VIA THE OFFICER
PROMOTION HOMEPAGE.

(2) PHOTOGRAPHS.  AN OFFICIAL PHOTOGRAPH, TAKEN WITHIN 12
MONTHS OF THE CONVENING DATE OF BOARD, IS REQUIRED.  DIGITAL
PHOTOGRAPHS ARE PREFERRED TO BE ELECTRONICALLY FILED IN THE OMPF.
SEE REF C FOR THE SPECIFICATIONS REQUIRED FOR THE SUBMISSION OF
DIGITAL PHOTOGRAPHS.  IF AN AUTHORIZED CVIC IS NOT LOCATED NEAR YOUR
COMMAND AND SOME OTHER MEANS OF TAKING A DIGITAL PHOTOGRAPH IS
AVAILABLE, A DIGITAL PHOTOGRAPH MAY BE SUBMITTED VIA YOUR COMMAND'S
ORGANIZATIONAL MAILBOX OR VIA THE COMMANDING OFFICER, EXECUTIVE
OFFICER, OR SERGEANT MAJOR OF THE COMMAND TO THE FOLLOWING E-MAIL
ADDRESS: PHOTO@MANPOWER.USMC.MIL.  IT IS THE COMMAND'S
RESPONSIBILITY TO ENSURE THE PHOTOGRAPH HAS ALL THE REQUIRED
INFORMATION ON THE TITLE BOARD AND TO ENSURE THE PHOTOGRAPH HAS NOT
BEEN ALTERED.  IF THE PHOTOGRAPH IS NOT ACCORDING TO THE
SPECIFICATIONS LISTED IN REF C, THE COMMAND WILL BE NOTIFIED THAT
THE PHOTOGRAPH HAS BEEN REJECTED.  IF A DIGITAL PHOTOGRAPH IS TAKEN
BY SOMEONE OTHER THAN AN AUTHORIZED PHOTOGRAPHIC FACILITY, THE
PHOTOGRAPH MUST BE PREPARED PER THE TECHNICAL REQUIREMENTS LISTED IN
REF C, MAY NOT BE SUBMITTED FOR POSTING TO THE OMPF, AND MUST BE
SUBMITTED DIRECTLY TO THE BOARD BY THE INDIVIDUAL OFFICER.
ALTERNATIVELY, IF ELECTRONIC TRANSMISSION OF DIGITAL PHOTOGRAPHS IS
NOT POSSIBLE, OFFICERS MUST SUBMIT A HARD-COPY PHOTOGRAPH TO THE
BOARD.  OFFICERS HAVE A PERSONAL RESPONSIBILITY TO ENSURE THEIR
PHOTOGRAPH IS SUBMITTED AND RECEIVED BY THE BOARD. OFFICERS WHO
SUBMIT DIGITAL PHOTOGRAPHS TO THE OMPF MAY CONFIRM RECEIPT OF THE

DIGITAL PHOTOGRAPH BY CONTACTING CMC (MMSB-20) OR BY CHECKING THE
MMSB HOMEPAGE.  OFFICERS WHO SUBMIT A HARD-COPY PHOTOGRAPH MAY
CONFIRM RECEIPT OF THE HARD-COPY PHOTOGRAPH THROUGH THE OFFICER
PROMOTION HOMEPAGE.

5.  HOMEPAGE, ADDRESSES, AND POINTS OF CONTACT INFORMATION:
    A.  ADDRESS FOR THE PRESIDENT OF THE BOARD:
        PRESIDENT
        FY04 USMC (APPROPRIATE GRADE) SELECTION BOARD
        HEADQUARTERS, U.S. MARINE CORPS (MMPR-1)
        HARRY LEE HALL
        17 LEJEUNE ROAD
        QUANTICO, VA 22134-5104
    B.  OFFICER PROMOTION SECTION (MMPR-1) (COMM 703-784-XXXX):
        SECTION HEAD, DSN 278-9703/04
        PROMOTION BOARD ACTION OFFICERS, DSN 278-9705/06
        LINEAL SECTION, DSN 278-9705/06
        FAX MATERIAL TO DSN 278-9883
    C.  OFFICER PROMOTION HOMEPAGE:  WWW.USMC.MIL, SELECT CAREER,
MILITARY, PROMOTIONS, THEN OFFICER PROMOTIONS, TO ARRIVE AT THE
OFFICER PROMOTION HOMEPAGE.  FROM THERE, TO FIND:
      (1) REF A:  CLICK ON "FY2004 SELECTION BOARDS," THEN ON
"MARADMIN 209/02."
      (2) LINEAL LIST:  CLICK ON "MCBUL 1400."
      (3) ZONE ELIGIBILITY OR UPDATE MATERIAL RECEIPT VERIFICATION:
CLICK ON "ELIGIBILITY VERIFICATION/SUBMITTED MATERIAL."
      (4) E-MAIL:  CLICK ON "POINTS OF CONTACT."
    D.  SUPPORT BRANCH (MMSB) (COMM 703-784-XXXX):
      (1) RECORDS CORRESPONDENCE SECTION (MMSB-10), DSN
278-5600/3920.  SEND OMPF OR MBS REQUESTS TO FAX DSN 278-5792 OR
E-MAIL REQUESTS TO MMSBOMPF@MANPOWER.USMC.MIL.
      (2) RECORDS MANAGEMENT SECTION (MMSB-20), DSN
278-5671/3952/3974.
      (3) PERFORMANCE EVALUATION SECTION (MMSB-30), DSN 278-3989 OR
TOLL FREE 1-877-301-9953.
      (4) MMSB HOMEPAGE:  HTTPS:WWW.MMSB.USMC.MIL.  FROM THERE TO:
        (A) REQUEST AN OMPF OR MBS:  CLICK ON "OMPF OR MASTER
BRIEF SHEET" THEN CLICK ON "HOW TO REQUEST A COPY."
        (B) VERIFY RECEIPT OF FITNESS REPORTS:  CLICK ON
"PERFORMANCE EVALUATION SYSTEM" THEN CLICK ON "CHECK TO SEE IF YOUR
FITNESS REPORT HAS BEEN RECEIVED."
        (C) VERIFY RECEIPT OF DIGITAL PHOTOS:  CLICK ON "OMPF OR
MASTER BRIEF SHEET" THEN CLICK ON "CHECK TO SEE IF YOUR DIGITAL PHOTO
HAS BEEN RECEIVED."
    E.  OFFICER ASSIGNMENT BRANCH (MMOA) (COMM 703-784-XXXX):
      (1) COUNSELING AND EVALUATION SECTION (MMOA-4), DSN
278-9281/9282 OR TOLL FREE 1-800-634-7988.
      (2) OFFICER ASSIGNMENT HOMEPAGE:  WWW.USMC.MIL, SELECT
CAREER, MILITARY, ASSIGNMENTS, THEN OFFICER ASSIGNMENTS, TO ARRIVE AT
THE OFFICER ASSIGNMENT HOMEPAGE.  FROM THIS HOMEPAGE, OFFICERS CAN
SET UP A COUNSELING APPOINTMENT AND REVIEW ADDITIONAL INFORMATION
REGARDING PREPARING FOR A BOARD.
    F.  SEPARATION AND RETIREMENT BRANCH (MMSR), COMM 703-784-9324 OR
DSN 278-9324.//

Plaintiff Exhibit  _11_



**DEPARTMENT OF THE NAVY**
OFFICE OF THE SECRETARY
1000 NAVY PENTAGON
WASHINGTON, D.C. 20350-1000

SECNAVINST 1401.1B
Pers-26
Pers-93
25 April 1997

SECNAV INSTRUCTION 1401.1B

From: Secretary of the Navy
To:   All Ships and Stations

Subj: SPECIAL PROMOTION SELECTION BOARDS FOR COMMISSIONED AND
      WARRANT OFFICERS IN THE NAVY AND MARINE CORPS

Ref:  (a) SECNAVINST 1421.7B (NOTAL)
      (b) Title 10, United States Code
      (c) SECNAVINST 1420.1A
      (d) DoD Directive 1320.11 of 6 May 96, Special Selection
          Boards (NOTAL)
      (e) SECNAVINST 1401.3
      (f) SECNAVINST 1920.6A

1. **Purpose.**  To set forth revised requirements to convene
special selection boards to consider officers and warrant
officers eligible for promotion in or above the promotion zone
who were either not considered by a selection board, or who were
considered, but due to defects in the board's proceedings as to
them, did not receive lawful or proper consideration.  This
instruction is a complete revision and should be reviewed in its
entirety.  Symbols to denote deleted, revised or added paragraphs
are not reflected.

2. **Cancellation.**  SECNAVINST 1401.1A.

3. **Applicability**

    a.  The provisions of this instruction are applicable to
officers on the active duty lists, the reserve active status
lists, and the warrant officer active duty lists in the Navy and
Marine Corps.  Special promotion selection boards for officers on
the active duty lists are authorized only in cases where the
promotion selection board in question convened on or after 15
September 1981, and for officers on the reserve active status
lists only in cases where the promotion selection board in
question is convened on or after 1 October 1995.

    b.  Special selection boards for officers on the reserve
warrant officer active status lists are covered in reference (a).

Ø11

1 of 10



SECNAVINST 1401.1B
25 APR 1997

4. **Definitions**. The following definitions apply throughout this instruction.

a. **Promotion Selection Board**. A board convened under 10 U.S.C. §611 or §14101 and the annual promotion plans to consider for promotion to the next higher grade officers in the Navy or Marine Corps (except Naval Reserve Warrant officers).

b. **Special Selection Board**. A selection board convened under 10 U.S.C. §628 or §14502 to consider for promotion officers who either were not considered by a promotion selection board as a result of error, or who were considered, but due to defects in the board's proceedings as to them did not receive lawful or proper consideration.

5. **Background**

a. References (b) and (c) prescribe rules and procedures for convening promotion selection boards to consider eligible officers on the active duty lists, the reserve active status lists and on the warrant officer active duty lists of the Navy and Marine Corps for promotion to the next higher grade. When, because of administrative error, the record of an officer in or above the promotion zone is not considered by a promotion selection board, the Secretary of the Navy (SECNAV) is required to convene a special selection board under §628 and §14502 of reference (b), as implemented by reference (d), to consider that officer for promotion.

b. SECNAV is authorized by §628 and §14502 of reference (b), and encouraged by paragraph D2 of reference (d), to convene a special selection board to consider cases of officers who were in or above the promotion zone before a promotion selection board, but not selected, if SECNAV determines that the action of that board was contrary to law, or involved material error of fact or material administrative error, or that the board lacked some material information for consideration.

c. Requests for special selection boards may be initiated by an individual officer. Requests will be considered and approved per paragraph 17.

6. **Policy**

a. Special selection boards will be used only to consider the records of officers, and make recommendations to SECNAV with regard to selection for promotion, in cases where an error or omission precluded an officer's consideration, or proper

2

SECNAVINST 1401.1B
2 5 APR 1997

consideration, by a promotion selection board.  Correction of an
error in an officer's record, after the officer incurs a failure
of selection by the promotion selection board that was affected
by the error, will not necessarily be the basis for convening a
special selection board.

b.  A special selection board will not be convened to
consider any officer who, through the exercise of reasonable
diligence, might have discovered and corrected the error or
omission in the official record prior to convening the promotion
selection board that considered, but did not select the officer.

7.  <u>Officers Not Considered Due to Administrative Error</u>

a.  SECNAV shall, upon determination that an administrative
error prevented consideration of an officer's record before a
promotion selection board, convene a special selection board to
consider the record of the officer concerned.  The Chief of Naval
Operations (CNO) or the Commandant of the Marine Corps (CMC), as
appropriate, or their respective designee, shall provide
narrative comments and recommendations, as appropriate, for
consideration by SECNAV in making determinations under the
provision of this paragraph.

b.  Failure to submit the record of an officer to the
promotion selection board for that officer's grade and
competitive category prior to the date that the board adjourned
and forwarded its report to SECNAV shall constitute
administrative error if:

(1) The officer was on, or subject to placement on, the
active duty list, the reserve active status list or the warrant
officer active duty list, of the Navy or Marine Corps on or
before the date the board convened, and

(2) The officer should have been considered by the board
as an in-zone or above-zone eligible officer.

8.  <u>Officers Considered by a Promotion Selection Board, but not
Recommended for Promotion</u>

a.  A special selection board may be convened when SECNAV
determines that an officer on the active duty list, the reserve
active status list, or the warrant officer active duty list, was
not recommended for promotion by a promotion selection board as
an in-zone or above-zone eligible because:

3

Ø13

3 ø 10

SECNAVINST 1401.1B
2 5 APR 1997

(1) The promotion selection board, which considered the officer for promotion, acted contrary to law;

(2) The action of the promotion selection board involved material error of fact or material administrative error; or

(3) The promotion selection board did not have material information before it for its consideration.

b.  A determination that a promotion selection board acted contrary to law, that material error of fact or material administrative error occurred, or that material information was not considered by a promotion selection board, shall be made by SECNAV.  SECNAV will consider the comments and recommendations of the CNO or CMC, as appropriate, or their respective designee. All requests for SECNAV determination shall be reviewed by the Judge Advocate General (JAG).  JAG shall provide advice to SECNAV concerning any question of law, or mixed question of law and fact, that JAG determines has been raised by a request or by the comments and recommendations made on the request.

c.  The following principles apply regarding SECNAV determinations under subparagraph 8a:

(1) Any act of a promotion selection board that violates §575, §616, or §14108 of reference (b) is contrary to law.

(2) Any act of a promotion selection board that deprives the officer concerned of a constitutional or statutory right is contrary to law.

(3) Any error of fact or administrative/procedural error that is more likely than not to have deprived the officer concerned of a fair and impartial consideration by the board is a material error.

(4) Any information that, when properly recorded in, or removed from, an officer's record would have been essential to a substantially accurate, complete, and fair portrayal of the officer's career is material information.

d.  Officers have a duty to review their records periodically to ensure their records are complete and accurate.  Records that provide a substantially accurate, complete, and fair portrayal of the officer's career are especially important when that officer is being considered for selection for promotion.  An officer's request for consideration by a special selection board must

4

Ø14

4 ß 10

SECNAVINST 1401.1B

25 APR 1997

detail the steps the officer took to ensure the completeness and accuracy of the official record prior to the convening of the board which considered, but failed to select, the officer.

e.  If an officer has failed of selection for promotion to the next higher grade before a promotion selection board more than once, and if more than one of these failures involved the same error as determined under subparagraph 8a, the officer's case normally shall be considered by only one special selection board.  This special selection board will be approved for the first promotion selection board that was affected by the same error, unless the officer specifies the particular board for which relief is sought, or other circumstances exist indicating that relief for a subsequent board is more appropriate.

9.  **Sampling of Records**.  The CNO and the CMC shall take appropriate action within their respective services to ensure the preparation by promotion selection boards of a sampling of records of officers of each competitive category who were recommended for promotion, and records of officers of each competitive category who were not recommended for promotion by the promotion selection board.  They or their respective designees will also prescribe the method by which the sampling of records will be selected for their respective services.  The sampling of records shall enable a special selection board to evaluate an officer's record according to the procedures at paragraph 12b.  Sample records shall be retained for a period of at least seven calendar years.  Written communications to the board by officers whose records are retained will also be retained with the records.  Each board president shall deliver the sampling of records to Chief of Naval Personnel (CNP), or Director, Personnel Management Division (MM), Headquarters, Marine Corps, as appropriate.  CNP and Director, Personnel Management Division, respectively, are designated as the custodians of all sample records retained under this instruction.

10.  **Presentation of Records to Special Selection Boards**.  The record of an officer presented to a special selection board will be modified as necessary to reflect the record of the officer as it would have appeared to the board that should have considered the officer or, if corrected, would have appeared to the board that considered the officer.  Special selection boards will compare the modified record to the sample records, retained under §628 and §14502 of reference (b), from the corresponding promotion selection board.

5

ø15

5 of 10

SECNAVINST 1401.1B
25 APR 1997

11.  **Special Selection Board Membership.**  Special selection board membership shall be in accordance with §573, §612, or §14102 of reference (b) and reference (e).

12.  **Special Selection Board Procedures and Reports**

    a.  Special selection boards shall be convened by precept, addressed to the president of the board, and signed by SECNAV. The precept will appoint the president and members of the board and will include instructions governing the proceedings of the board.  Guidance issued to a special selection board will be consistent with that provided to the promotion selection board that failed to consider, or failed to properly consider, the officer whose record is before the board for consideration.  All guidance shall be approved by SECNAV.

    b.  The sample of records provides a relative base from which special selection boards determine which eligible officers, in the opinion of a majority of the members of the board, are fully qualified for promotion and when compared to the officers whose sample records were considered:

        (1)  Are better qualified for promotion than any of the officers who failed of selection for promotion before the promotion selection board; and

        (2)  Are comparable to those officers who were selected for promotion before the promotion selection board.

    c.  Special selection boards shall submit a written board report to SECNAV signed by each member and the recorder of the board, certifying that the board has carefully considered the record of each officer whose name was furnished to it.  The report will contain a list of those officers considered and recommended for promotion and those officers considered and not recommended for promotion.  The report shall be forwarded for approval by an appropriate official via first, CNP (Navy boards); second, CNO or CMC, as appropriate; third, JAG for legal review; and fourth, SECNAV.  Additionally, the board shall notify SECNAV, by separate memorandum, of the name of each officer whose record, in the opinion of a majority of the members of the board, should be required to show cause for retention on active duty or in an active status under §1181 and §14902 of reference (b) and reference (f) because of substandard performance of duty, misconduct, moral or professional dereliction, or because the officer's retention is not clearly consistent with the interests of national security.

6

Ø16

6 of 10

SECNAVINST 1401.1B
25 APR 1997

d.  Except as authorized or required by SECNAV, Secretary of
Defense (SECDEF), or the President, the proceedings and report of
a special selection board, including specific information
regarding the sample records used and how each officer's record
was rated, shall not be disclosed to any person not a member or
recorder of the board.

13.  Effect of Nonselection

a.  If a special selection board convened under paragraph 7
does not recommend for promotion an officer whose name was
furnished to it for consideration as in-zone or above-zone, the
officer shall be considered to have failed of selection for
promotion.

b.  If a special selection board convened under paragraph 8
does not recommend for promotion an officer whose name was
furnished to it for consideration, the officer shall not incur
any additional failure of selection.

14.  Promotion of Officer Selected by Special Selection Boards.
If the report of a special selection board convened under this
instruction, as approved by the President, Secretary of Defense,
or SECNAV, as appropriate, recommends for promotion to the next
higher grade an officer whose name was furnished to it for
consideration, such officer shall, as soon as practicable, be
appointed to the next higher grade, unless the officer's
appointment is delayed under reference (b).  An officer promoted
as a result of the recommendation of a special selection board
shall, upon promotion, have the same date of rank, the same
effective date for the pay and allowances of that officer's
grade, and the same position on the active duty list, the reserve
active status list, or the warrant officer active duty list, as
that officer would have had if that officer had been recommended
for promotion by the promotion selection board for which the
special selection board was held that should have considered, or
that considered but failed to select, that officer.

15.  Scheduling of Special Selection Boards and Notification of
Officers to be Considered

a.  As per paragraph D4 of reference (d), a special selection
board, barring extenuating circumstances, such as a heavy
caseload, shall be convened and the results made known to
affected officers within 180 days after SECNAV determines that a
special selection board is warranted.  The results of special
selection boards shall be made known to affected officers in a
timely manner.

7

Φ17

7.10

SECNAVINST 1401.1B
25 APR 1997

b. Officers to be considered for promotion by a special selection board shall be notified at least 30 days before the board convenes that they will be considered. Such officers shall be provided an opportunity to send written communications to the board in the same manner as that provided for promotion selection boards.

c. If, within 30 days of convening a special selection board, an additional eligible officer is identified, consideration of that officer may be deferred to a subsequent special selection board. Alternatively, the officer may waive the 30-day notice requirement, so long as the eligible officer has an adequate opportunity to communicate with the board. The officer must either exercise the right to communicate in writing with the president of the board or send a written statement (which may be by message) to CNP (Pers-26 or 93), or to Headquarters, Marine Corps (Code MMPR-1), as appropriate, acknowledging the waiver.

d. Communications with special selection boards shall contain only materials referring to events prior to the convening date of the promotion selection board which failed to consider, or to properly consider, the officer. All third party correspondence concerning the officer must be forwarded to the president of the board by that officer. Communications must be received not later than the convening date of the special selection board.

16. **Retention of Statistical Data.** CNO or CMC, as appropriate, shall calculate and retain the following statistics for each special selection board for seven years:

a. Statistical data regarding the number of officers considered for promotion to each grade;

b. The number of officers selected for promotion to each grade and the number of officers considered, but not selected, for promotion to each grade;

c. The number of officers considered by the special selection board who were not considered by the appropriate promotion selection board due to administrative error; and

d. The number of officers considered by the special selection board on the basis of legal or other material error regarding previous consideration by the appropriate promotion selection board.

8

Ø18

8 of 10

SECNAVINST 1401.1B

25 APR 1997

17. **Action**

a. The CNO or CMC, as appropriate, or their respective designees, shall, unless approved under paragraph 18d, request a Secretarial determination under paragraphs 7 or 8 in any case in which it is alleged or discovered that the circumstances discussed in those paragraphs might warrant referral of the officer's case to a special selection board. In the case of an officer who was previously considered by a promotion selection board, but not selected, CNO or CMC shall forward comments and recommendations for consideration by SECNAV via JAG. JAG shall thoroughly review each case and provide advice to SECNAV concerning any question of law, or mixed question of law and fact, which JAG determines has been raised by the request or by the comments and recommendations provided.

b. The Board for Correction of Naval Records (BCNR) may, in appropriate cases, conclude that an individual's case warrants referral to a special selection board. In order to ensure consistency and uniformity in the referral of cases to special selection boards, the BCNR shall refer all such cases to CNO or CMC, as appropriate. CNO or CMC shall forward comments and recommendations concerning the particular case to the Director, BCNR. If the BCNR concludes from the comments and recommendations that the case warrants a special selection board, the BCNR shall refer the case, including CNO or CMC comments and recommendations, to SECNAV.

c. An officer who believes that he or she has been improperly excluded from consideration before a promotion selection board, or who believes that lawful or material error, as described in this instruction, occurred before a promotion selection board in his or her case, will bring supporting information to the attention of the CNO or CMC, as appropriate.

CNO or CMC, as appropriate, may approve special selection board requests in cases where they can clearly determine an officer was denied consideration by a regular promotion selection board because of an administrative error. Should reasonable doubt exist, or a recommendation of disapproval be warranted, the cause will be forwarded to SECNAV for a final determination.

φ19

9 of 10

SECNAVINST 1401.1B

25 APR 1997

18. **Report**. The report required in paragraph 12(c) is exempt from reports control by SECNAVINST 5214.2B.

Richard Danzig
Acting

Distribution:
SNDL Parts 1 and 2
MARCORPS PCN 71000000000 and 71000000100
BUPERS (Pers-26 and Pers-93, 50 copies each)

SECNAV/OPNAV Directives Control Office
Washington Navy Yard Building
901 M Street SE
Washington DC  20374-5074 (20 copies)

Order from:
Navy Inventory Control Point
Cog "I" Material
700 Robbins Avenue
Philadelphia PA  19111-5098

Stocked:  300 copies

10

ø2ø

10 of 10