UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.06CV0752(GK) |
| ) | |
| DEPARTMENT OF THE NAVY, ) | |
| DONALD C. WINTER, Secretary ) | |
| of the Navy, ) | |
| ) | |
| Defendants ) | |

### ORDER

Upon consideration of the Plaintiff's Cross-Motion for Summary Judgment and Defendants' opposition and Plaintiff's reply thereto; and upon consideration of the Defendants' Cross-Motion for Summary Judgment, the Plaintiff's opposition and the Defendants' reply thereto; and the Court having considered the entire record herein, it is this _____ day of _____, 2006,

ORDERED, that the Defendants' Cross-Motion for Summary Judgment is DENIED, and it is further

ORDERED, that Plaintiff's Cross-Motion for Summary Judgment is GRANTED.

It is further ORDERED:

a.  That Defendants are enjoined from withholding the redacted Master Brief Sheets, as identified in the Complaint;

b.  That Defendants produce the redacted documents identified in the

Complaint to the Plaintiff.

c. Defendants pay to Plaintiff all costs incurred by him in filing and maintaining this action.

_____
UNITED STATES DISTRICT JUDGE