IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. McGRADY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD C. WINTER, Secretary of the Navy, )<br>and DEPARTMENT OF THE NAVY, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-0752 (GK) |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of thirty (30) days, up to and including August 28, 2006, in which to file an opposition to plaintiff's Cross-Motion for Summary Judgment. Defendant's opposition would otherwise be due on July 27, 2006.

Defendant seeks this enlargement because agency counsel's input on the response is imperative and agency counsel will be out of the office until July 26, 2006.

Pursuant to Local Rule 7(m), defendant's counsel informed plaintiff *pro se*, that defendant would be requesting an additional thirty (30) days to oppose plaintiff's cross-motion. Plaintiff *pro se* consented to an additional seven (7) days.  However, undersigned counsel is unsure of agency counsel's availability upon his return and, out of an abundance of caution, is requesting the additional thirty (30) days.  This will ensure that there will be adequate time for the completion of the opposition and that all necessary review can be accomplished.  Defendant does not anticipate seeking any further enlargements of time for completion of this opposition.

For the above-mentioned reasons, defendant respectfully requests that the enlargement of time to oppose plaintiff's Cross-Motion for Summary Judgment be granted.

An order granting the relief sought is attached hereto.

                Respectfully submitted,

                /s/
                KENNETH L. WAINSTEIN, D.C. Bar # 451058
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. Bar # 434122
                Assistant United States Attorney

                /s/
                MARIAN L. BORUM, D.C. Bar # 435409
                Assistant United States Attorney
                501 Third Street, N.W., Fourth Floor
                Washington, D.C.  20530
                (202) 514-6531
                Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2006, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

Jackson L. McGrady
820 Bright Street
Fredericksburg, Virginia 22401

 /s/
MARIAN L. BORUM
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0752 (GK) |
| ) | |
| DONALD C. WINTER, Secretary of the Navy, ) | |
| and DEPARTMENT OF THE NAVY, ) | |
| ) | |
| Defendants. ) | |

### ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including August 28, 2006 in which to oppose plaintiff's Cross-Motion for Summary Judgment.

Date _____          _____
                                   UNITED STATES DISTRICT JUDGE