IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-0752 (GK) |
| DONALD C. WINTER, Secretary of the Navy, and DEPARTMENT OF THE NAVY, | ) ) ) |
| Defendants. | ) ) |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time of two weeks, up to and including September 1, 2006, in which to move, answer or otherwise respond to the Complaint in this action. Defendants' response to the Complaint would otherwise be due on August 18, 2006.

This case arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and pertains to plaintiff *pro se*'s request for the 2004 and 2005 Lieutenant Colonel Selection Board Master Brief Sheets and precepts.

An enlargement of time is needed because undersigned counsel has a dispositive motion due on August 18, 2006, in ICM Registry v. United States Department of Commerce and United States Department of State; another dispositive motion due on August 21, 2006, in Ryan Poullard v. Harley G. Lappin, et al.; and a Reply due on August 22, 2006, in Peter B. v. United States of America.

This is the defendants' second request for enlargement of time in this matter. However, an enlargement of time will have no effect on any other deadlines in this matter. Undersigned counsel attempted to contacted plaintiff *pro se* to learn his position on this motion. However, undersigned counsel did not learn plaintiff *pro se*'s position prior to the drafting of this motion.[1]

For the above reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this case, defendants respectfully request that the enlargement sought be granted. An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. BAR # 435409
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of August, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Jackson L. McGrady
820 Bright Street
Fredericksburg, Virginia 22401


      /s/
      MARIAN L. BORUM, D.C. Bar # 435409
      Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0752 (GK) |
| DONALD C. WINTER, Secretary of the Navy, and DEPARTMENT OF THE NAVY, | ) |
| Defendants. | ) |

**O R D E R**

UPON CONSIDERATION of defendants' Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is, on this _____ day of August 2006,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to and including September 1, 2006 in which to move, answer or otherwise respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530

Jackson L. McGrady
820 Bright Street
Fredericksburg, Virginia 22401