UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACKSON L. MCGRADY, )
)
     Plaintiff )
)
v. )
)
     Civil Action No.06 – 0752 (GK)
DEPARTMENT OF THE NAVY, )
DONALD C. WINTER, Secretary )
of the Navy, )
)
     Defendants )

**RECEIVED**

AUG 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**OPPOSITION TO DEFENDANTS'
MOTION FOR ENLARGEMENT**

On August 18, 2006, Defendants served a third request for an extension in this case. Plaintiff opposes Defendants' motion for further enlargement of time and avers that Defendants have not met the "good cause" requirement of Fed. R. Civ. Proc. 6(b).

Plaintiff filed his Complaint on April 25, 2006, after the Department of the Navy denied Plaintiff's request made pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Per the statute, Defendants were to respond within 30-days of the filing of the Complaint. However, Defendants, on May 25, 2006, filed the first enlargement request seeking an additional 30-days to answer, move or otherwise respond.

On June 30, 2006, Defendants submitted a motion for summary judgment. On July 11, 2006, in accordance with the time limit imposed by LCvR 7(b), Plaintiff filed his Opposition to Defendants' motion for summary judgment and his cross-motion for summary judgment. Based on the date of receipt by Defendants of Plaintiff's July 11, 2006 submission, Defendants were required, under LCvR 7(b), to respond by July 27,

2006. However, on July 24, 2006, Defendants served their second request for an enlargement of time. That request sought an enlargement of an additional 30-days to respond. Plaintiff did not object to a seven day extension. The Court ultimately granted an extension until August 18, 2006. This represents a total of approximately 21-days for a response that was due under the local rules in 11-days.

Defendants now seek an additional enlargement until September 1, 2006. The premise of Defendants' motion is that opposing counsel is otherwise occupied with pending litigation. Plaintiff opposes Defendants' motion. First, there is no rational basis for why Plaintiff's case must be delayed as opposed to any of the other cases identified by opposing counsel. It is apparent that Plaintiff's case was one of the first ones in the queue to be submitted. Why should it not take precedence over a case that has a later filing deadline?

Second, opposing counsel is working with agency counsel in submitting the response. The mere fact that opposing counsel is busy does not mean that agency counsel is not working the case  In fact, Plaintiff spoke with agency counsel on August 16, 2006 on another topic, and he indicated that he was working on the response at that time. Further, based on opposing counsel's phone message to Plaintiff on August 18, 2006, agency counsel did submit the response to opposing counsel. In essence, there are at least two government lawyers working on this case. There is no rationale basis for why additional delay is needed.

Third, Defendants represented in their July 24, 2006 motion for enlargement that they did "not anticipate seeking any further enlargements of time." Defendants must have realized their workload at the time they submitted the motion. Further, the

2

representation that Defendants would not be seeking any additional enlargements of time was likely an inducement to grant the enlargement until August 18, 2006 considering Plaintiff agreed to only a 7-day extension. Defendants should not be granted additional time.

                                        Respectfully submitted,

                                        J. L. MCGRADY
                                        Plaintiff, *Pro Se*
                                        820 Bright Street
                                        Fredericksburg, Virginia 22401
                                        540.371.3792

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACKSON L. MCGRADY,          :
                             :
          Plaintiff,         :
                             :
     v.                      : Civil Action No. 06-0752(GK)
                             :
DONALD C. WINTER             :
Secretary of the Navy,       :
et al.,                      :
                             :
          Defendants         :

### O R D E R

Upon the Court's consideration of Defendants' Motion of August 18, 2006, and Plaintiff's Opposition thereto, it is this ____ day of August, 2006,

ORDERED, that Defendants' Motion is DENIED.

_____          _____
                                 Gladys Kessler
                                 United States District Court Judge

Jackson L. McGrady
820 Bright St.
Fredericksburg, VA 22401

Mr. K. L. Wainstein
U.S. Attorney for the District of Columbia
555 4th St. NW
Washington, DC 20530

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2006, I, J. L. McGrady, sent by first class U.S. mail, postage prepaid, a copy of Plaintiff's **OPPOSITION TO DEFENDANTS' MOTION FOR ENLARGEMENT** to the following addresses:

Clerk of Court
United States District Court
for the District of Columbia
333 Constitution Ave., NW
Washington DC 20001

Mr. K. L. Wainstein
U.S. Attorney for the District of Columbia
555 4th St. NW
Washington, DC 20530

　　　　　　　　　　　　　　　　　　　　　　_J. L. McGrady_
　　　　　　　　　　　　　　　　　　　　　　J. L. MCGRADY
　　　　　　　　　　　　　　　　　　　　　　Plaintiff, *Pro Se*
　　　　　　　　　　　　　　　　　　　　　　820 Bright Street
　　　　　　　　　　　　　　　　　　　　　　Fredericksburg, Virginia 22401
　　　　　　　　　　　　　　　　　　　　　　540.371.3792

1