# Attachment Q



Headquarters, U.S. Marine Corps

MCO P1400.31B
PCN 10201150100

# MARINE CORPS PROMOTION MANUAL, VOLUME 1 OFFICER PROMOTIONS (SHORT TITLE: MARCORPROMMAN, VOL 1, OFFPROM)

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
2 NAVY ANNEX
WASHINGTON, DC 20380-1775

MCO P1400.31B
MMPR-1
22 Feb 2000

MARINE CORPS ORDER P1400.31B

From: Commandant of the Marine Corps
To: Distribution List

Subj: MARINE CORPS PROMOTION MANUAL, VOLUME 1, OFFICER PROMOTIONS (SHORT TITLE: MARCORPROMMAN, VOL 1, OFFPROM)

Encl: (1) LOCATOR SHEET

1. **Purpose**. To promulgate the basic instructions relating to the administration of officer promotions in the United States Marine Corps.

2. **Cancellation**. MCO P1400.31A.

3. **Background**

   a. Officers are selected for promotion for their potential to carry out the duties and responsibilities of the next higher grade based upon past performance as indicated in their official military personnel file. Promotions should not be considered a reward for past performance, but as incentive to excel in the next higher grade.

   b. This Manual is designed to provide detailed information on all aspects of the officer promotion system. The information contained herein is applicable to active-duty list and Reserve active-status list officers. In the event this Manual contradicts higher authority guidance, the latter supersedes this Manual.

4. **Summary of Revision**. This is a complete revision of the previous Manual, and should be reviewed in its entirety. Symbols to denote deleted, revised, or added chapters/paragraphs are not reflected. This volume contains the most recent amendments to the Defense Officer Personnel Management Act (DOPMA), the Reserve Officer Personnel Management Act (ROPMA), the Warrant Officer Personnel Management Act (WOPMA), and title 10, U.S. Code.

5. **Recommendations**.
Recommendations for changes to the Manual are invited and should be submitted via the appropriate chain of command to:

**DISTRIBUTION STATEMENT A:** Approved for public release; distribution is unlimited

MCO P1400.31B
22 Feb 2000

COMMANDANT OF THE MARINE CORPS (MMPR-1)
HEADQUARTERS, UNITED STATES MARINE CORPS
HARRY LEE HALL
17 LEJEUNE ROAD, QUANTICO, VA 22134-5104

6. <u>Reserve Applicability.</u> This Manual is applicable to the Marine Corps Reserve.

7. <u>Certification.</u> Reviewed and approved this date.

T. P. MURRAY

By direction

DISTRIBUTION: PCN 10201150100

Copy to:  7000110  (55)
          7000128  (30)
          7000027, 119  (5)
          7000060, 093, 116, 122, 130, 138/8145004  (2)
          7000006, 024, 025, 144/8145001  (1)

2

## CHAPTER 4

## POST-BOARD ACTIONS

4000. **BOARD REPORT**. Upon completion of deliberations, a selection board report will be prepared by Personnel Management Division (MMPR) in accordance with DoDInst 1320.14. The board report contains a list of all selectees and the following administrative documents as specified in the precept: statistical analysis; precept; a list of the officers eligible for consideration for promotion; notice of convening; promotion plan; sampling of records; and an update material log. The board report must be signed and certified by each board member and recorder.

4001. **UNAUTHORIZED RELEASE OF BOARD PROCEEDINGS**. Sections 616(e) and 14104 of Title 10, U.S. Code, DoDInst 1320.14_, and SecNavInst 1412.9_ prohibit the disclosure of the proceedings of selection boards to any person not a member of a board. In addition, SecNavInst 1420.1_ further states that no member of a selection board may counsel officers who failed of selection by that board. Board presidents are charged to brief the members and recorders of the board, both upon convening and immediately prior to adjournment, that <u>proceedings, deliberations, materials, and any other information pertaining to the board are not releasable</u> except as authorized by the Secretary of the Navy, the Secretary of Defense, or the President. Officers who fail of selection before a board may be counseled by the Officer Career Counseling Section, Officer Assignment Branch (MMOA-4) or the Reserve Career Management Team, Reserve Affairs (RAM-6), as appropriate.

4002. **FAILURE OF SELECTION**

1. **Definition**. An officer in a grade below colonel who is in or above the promotion zone established for the grade and competitive category under sections 574, 623, and 14302 of Title 10, U.S. Code and is considered but not selected for promotion by a selection board convened under section 573, 611(a), and 14101(a) of Title 10, U.S. Code shall be considered to have failed of selection for promotion.

2. **Effects**. Such officers will continue to be considered by subsequent selection boards until they retire, separate, or are selected for promotion. First lieutenants who twice fail of selection to captain will not be considered by subsequent boards. Officers who have twice failed of selection for promotion may be subject to mandatory separation, retirement, or removal from the