# Attachment R

Department of the Army
Memo 600–2

Personnel—General

# Policies and Procedures for Active–Duty List Officer Selection Boards

Headquarters
Department of the Army
Washington, DC
24 September 1999

**UNCLASSIFIED**

# SUMMARY of CHANGE

DA MEMO 600-2
Policies and Procedures for Active-Duty List Officer Selection Boards

Headquarters
Department of the Army
Washington, DC
24 September 1999

\*Department of the Army
Memo 600–2

Personnel—General

# Policies and Procedures for Active-Duty List Officer Selection Boards

**By Order of the Secretary of the Army:**

**ERIC K. SHINSEKI**
*General, United States Army*
*Chief of Staff*

Official:

*Joel B. Hudson* (signature)

**JOEL B. HUDSON**
*Administrative Assistant to the*
*Secretary of the Army*

**History.** This publication has been reorganized to make it compatible with the Army electronic publishing database. No content has been changed.

**Summary.** Not applicable.

**Applicability.** This memorandum applies to Headquarters, Department of the Army agencies only.

**Proponent and exception authority.** The proponent of this memorandum is the Assistant Secretary of the Army (Manpower and Reserve Affairs) (ASA(M&RA)). The ASA(M&RA) has the authority to approve exceptions to this memorandum that are consistent with controlling law and regulation.

**Army management control process.** Not applicable.

**Supplementation.** Not applicable.

**Interim changes.** Not applicable.

**Suggested Improvements.** Not applicable.

**Distribution.** Headquarters, Department of the Army agencies.

**Contents** (Listed by paragraph and page number)

Purpose • 1, *page 1*
References • 2, *page 1*
Explanation of abbreviations and terms • 3, *page 1*
Oath • 4, *page 1*
Responsibilities • 5, *page 2*
Conduct of the selection board and disclosure of information • 6, *page 2*
Information to be considered or prohibited from consideration • 7, *page 2*
Criteria for selection • 8, *page 3*
Officer Evaluation Reports • 9, *page 3*

**Appendixes**

A. Officer Promotions, *page 6*

B. Selective Continuation, *page 9*

C. School Selection, *page 9*

D. Command Selection, *page 11*

E. Product/Project Manager and Acquisition Command Selection, *page 11*

F. Retirement, Retention, and Separation, *page 13*

G. Officer Personnel Management, *page 16*

H. Department of Defense Instruction NUMBER 1320.14, *page 21*

I. Reporting Requirements, *page 40*

\*This memo supercedes DA Memo 600-2, dated 25 November 1993.

DA MEMO 600-2 • 24 September 1999    i

**UNCLASSIFIED**

**RESERVED**

**1. Purpose**

This memorandum establishes policy and prescribes procedures for Headquarters, Department of the Army (HQDA) warrant, company, and field grade officer selection boards and provides Department of Defense (DOD) guidance regarding the communication and disclosure of personal information. Specifically, the policies and procedures in this memorandum apply to HQDA, Active Duty List (ADL) company and field grade commissioned officer and warrant officer (WO) promotion, command, school, and product/project manager (PM) selection boards; selective continuation boards; retention boards; selective early retirement boards (SERBS); reduction in force (RIF) boards; advisory boards; and other boards as directed by the Secretary of the Army (SA) or his designee. This memorandum will be used by board members, the Secretariat for Department of the Army (DA) Selection Boards, and administrative support personnel.

a. This memorandum will be enclosed with the convening authority's memorandum to the selection board membership to provide the board all general and categorical guidance for use in its deliberations. Information and guidance pertaining to a specific selection board, to include selection capability and skill guidance, will be provided as a separate enclosure to the convening authority's memorandum.

b. The first portion of this memorandum contains guidance that applies to all centralized selection boards. It provides the oath to the board members and recorders, explains the standards of conduct expected of board members, delineates information to be considered, outlines the criteria to use in deliberations, and establishes guidance to ensure fairness in the selection process. *Board-specific provisions in the body of this memorandum are highlighted in italics.* The appendixes provide guidance and procedures that pertain to specific categories of officers or types of selection boards. Board members will be advised by the convening authority which appendixes pertain to the board on which they are serving. Table 1-1 provides a guide to the appendixes to this memorandum.

**2. References**

a. Required publications are listed below.

(1) AR 600-8-24, Officer Transfers and Discharges. (Cited in appendixes A, B, C, D, E, F, G, and D.)

(2) DODD 1320.14, Commissioned Officer Promotion Program Procedures. (Cited in para 6 and appendix H.)

b. Related publications are listed below.

(1) AR 600-9, The Army Weight Control Program.

(2) AR 635-10, Processing Personnel for Separation.

(3) DA Pam 600-3, Commissioned Officer Professional Development and Utilization.

(4) DA Pam 600-11, Warrant Officer Professional Development.

(5) All Ranks Personnel Update.

(6) Evaluations Update.

(7) Officer Ranks Personnel Update.

(8) DODD 1320.7, Grades, Promotion Policies, Age, and Authorized Strengths in Grade for MC and DE Officers.

(9) Title 10, United States Code (10 USC).

**3. Explanation of abbreviations and terms**

a. Abbreviations.

(1) AAC ............ Army Acquisition Corps.
(2) AAR ............ after action report.
(3) ABCMR .. Army Board for Correction of Military Records.
(4) ACC ............ Army Competitive Category.
(5) AER ............ AMEDD academic evaluation report.
(6) AMEDD ............ Army Medical Department.
(7) ANC ............ Army Nurse Corps.
(8) AOC ............ area of concentration.
(9) APMS ............ Assistant Professor of Military Science.
(10) AWC ............ Army War College.
(11) AWCCSC Army War College Corresponding Studies Course.
(12) BZ ............ below the zone.
(13) CAS3 ............ Combined Arms and Services Staff School.
(14) CEL ............ civilian education level.
(15) CGSC ............ Command and General Staff College.
(16) CGSOC ... Command and General Staff Officer Course.
(17) CHC ............ Chaplains Corps.
(18) CSA ............ Chief of Staff, Army.
(19) CSC ............ Command and Staff College.
(20) DA ............ Department of the Army.
(21) DCSPER ............ Deputy Chief of Staff for Personnel.
(22) DC ............ Dental Corps.
(23) DLPT ............ Defense Language Proficiency Test.
(24) DOD ............ Department of Defense.
(25) DODD ............ Department of Defense Directive.
(26) FAO ............ foreign area officer.
(27) HQDA ............ Headquarters, Department of the Army.
(28) JAGC ............ Judge Advocate General's Corps.
(29) KIDA ............ Korean Institute for Defense Analysis.
(30) MC ............ Medical Corps.
(31) MEL ............ military educational level.
(32) MOS ............ military occupational specialty.
(33) MSC ............ Medical Service Corps.
(34) MWO ............ Master Warrant Officer.
(35) MWOT ............ Master Warrant Officer Training.
(36) OCS ............ Officer Candidate School.
(37) OER ............ officer evaluation report.
(38) OML ............ order of merit list.
(39) OMPF ............ official military personnel file.
(40) OPMS ............ Officer Personnel Management System.
(41) ORB ............ officer record brief.
(42) OTRA ............ other than Regular Army.
(43) PA ............ Physician Assistant.
(44) PAP ............ Permanent Associate Professor.
(45) PERSCOM ...... U.S. Total Army Personnel Command.
(46) PM ............ product/project manager.
(47) PMS ............ Professor of Military Science.
(48) PMOS ............ primary military occupational specialty.
(49) RA ............ Regular Army.
(50) RC ............ Reserve Component.
(51) REFRAD ............ release from active duty.
(52) RIF ............ reduction in force.
(53) ROK ............ Republic of Korea.
(54) ROTC ............ Reserve Officers Training Corps.
(55) SA ............ Secretary of the Army.
(56) SERB ............ selective early retirement board.
(57) SPC ............ Army Medical Specialist Corps.
(58) SRB ............ selective retirement board.
(59) SSC ............ Senior Service College.
(60) SSN ............ Social Security Number.
(61) TRADOC .. U.S. Army Training and Doctrine Command.
(62) TSM ............ TRADOC System Manager.
(63) UCMJ ............ Uniform Code of Military Justice.
(64) USAF ............ United States Air Force.
(65) USMA ............ United States Military Academy.
(66) VC ............ Veterinary Corps.
(67) WO ............ warrant officer.

b. Terms. For purposes of this memorandum, the term "officer" means a commissioned or warrant officer on the Active Duty List.

**4. Oath**

Each board member, recorder, and administrative support personnel will take the following oath or affirmation:

"I, _____, do solemnly swear (or affirm) that I will, without prejudice or partiality, and having in view both the special fitness of officers and the efficiency of the Army, perform the duties imposed upon me, and that I will not divulge the proceedings or results thereof pertaining to the selection or nonselection of individual officers except to proper authority."

## 5. Responsibilities

*a.* The Secretariat for DA Selection Boards will furnish the board with the names and personnel records of the officers to be considered and will assign a board recorder to provide administrative support to the board. Questions from board members regarding personnel records, eligibility of officers, and administrative procedures will be directed to the recorder who will obtain clarification or additional information from proper authority.

*b.* The recommendations of a board will be determined by a majority of the board members. The board president has no authority to constrain what the majority recommends.

*c.* After the board report is signed by each of the board members and the board recorder, but prior to recess, the board president will provide the Deputy Chief of Staff for Personnel (DCSPER) with an after action report (AAR). The DCSPER or his representative will provide administrative assistance in preparing the report or necessary addendum and will receive the signed report.

*d.* The board will not recess until authorized to do so by the convening authority or a designee. The board will adjourn after the convening authority has acted upon the recommendations of the board; the board members will be notified when this happens.

## 6. Conduct of the selection board and disclosure of information

Board members, recorders and administrative support personnel will maintain the integrity and independence of the board, and will foster the careful consideration, without prejudice or partiality, of all eligible officers. DODI 1320.14, provided at Appendix H, provides specific rules governing the conduct of promotion boards (other than WO) and the actions of promotion board personnel. The SA is the only person who may appear in person to address a promotion board on any matter. Promotion board members, recorders and administrative support personnel will read and comply with DODI 1320.14. As a matter of policy, the guidance provided by DODI 1320.14 is made applicable to other boards, and a copy of that directive is provided to all boards. The following paragraphs govern the conduct of all other centralized selection boards and conform to the provisions of DODI 1320.14.

*a.* Board members will not receive, initiate, or participate in communications or discussions involving information that the convening authority has precluded from consideration by this memorandum or amendments thereto. The board will base its recommendations on the material in each officer's board file, other information provided to the board in accordance with these instructions, and any information communicated by individual eligible officers. The board will not discuss matters precluded by law, DOD directive, Army regulation, or this memorandum. The board will not discuss or disclose the opinion of any person not a member of the board concerning an officer being considered unless that opinion is contained in material provided to the board under the provisions of these instructions.

*b.* All communications with the board, other than those that are clearly administrative, must be in writing, given to each board member, and made part of the board's record. The convening authority or designee will designate in writing those persons authorized to provide routine administrative information to the board.

*c.* Before the report of the board is signed, the recommendations may be disclosed only to members of the board, recorders, and administrative support personnel who have been designated in writing by the convening authority or designee. After the board report is signed by the board members, only the recommendations of the board may be disclosed, and disclosure will be limited to those who process the board report for approval and release. Except as authorized by the convening authority, the proceedings of the board may not be disclosed to any person who is not a board member, board recorder, or administrative support personnel serving on the specific board.

*d.* If a board member cannot in good conscience perform his or her duties as a member of the board without prejudice or partiality, he or she has the duty to request relief by the convening authority. If the board member believes that the integrity of the board's proceedings has been affected by improper influence of military or civilian authority, misconduct by the board president or a member, or any other reason, he or she has a duty to request from the convening authority, or if necessary from the Secretary of Defense, relief from the obligation to not disclose board proceedings and, upon receiving it, to report the basis for this belief.

*e.* Upon the completion of board deliberations, the board will be required to certify in its report to the convening authority that, to the best of each board member's knowledge, the board complied with all applicable guidance governing the conduct of the board. Appendix I outlines the board's reporting requirements.

*f. For SERBS, selective retirement boards (SRBs), and RIF boards: The recommendations, approved lists, and board membership are FOR OFFICIAL USE ONLY and will not be publicly released, except as provided for under the Freedom of Information Act. For all other selection boards: The recommendations are FOR OFFICIAL USE ONLY and will be so marked until approved lists are announced by HQDA; board membership will not be revealed until the board report is approved by proper authority.*

*g.* Board members will not disclose statistical analyses, details of the board proceedings, or specifics pertaining to selection or nonselection of individual officers unless authorized to do so by proper authority. After approved lists are announced by HQDA, board members may familiarize other officers with board procedures in general.

## 7. Information to be considered or prohibited from consideration

*a.* The board file. The board will consider the following information, which will be provided by the Secretariat for DA Selection Boards, in the board file for each officer under consideration: the performance portion of the officer's official military personnel file (OMPF); approved requests for voluntary retirement or separation and statements of notification of involuntary retirement or separation; documents provided in accordance with paragraphs b through d, below; official photo, if available; written communications, which may include the opinion of third parties about the officer concerned, submitted to the board by eligible officers; declination and disenrollment statements of professional development training; and officer record brief (ORB).

*b.* Access to the restricted fiche.

(1) The board president may request that the board review information contained on the restricted fiche of an officer under consideration. The board president will state the specific reasons for submitting the request. The convening authority or a designee will consider each request on a case-by-case basis. Only information directly related to the request may be provided to the board. If the request is approved, the OMPF custodian will place a copy of the approved request on the officer's restricted fiche.

(2) An officer under consideration may request that the board review information contained on his or her restricted fiche. Such requests will be honored, and the OMPF custodian will place a copy of the approved request on the officer's restricted fiche.

(3) *For SERBs, SRBs, and RIF boards: As outlined in appendix F, limited portions of the restricted fiche will be provided.*

*c.* Additional information.

(1) Information that is determined by proper authority to be relevant to the board's selection process may be added to the board file or made available to the board as a reference. The referral of such information to the board will be made a matter of record.

(2) The DCSPER or his designee may approve written requests for exception (normally signed by a general officer) to permit the board to consider evaluation reports that have been accepted for filing in the OMPF but arrive at the U.S. Total Army Personnel Command (PERSCOM) after the announced cutoff date. The recorder will add such approved reports to the officer's board file and retain the written approval of the request for exception as a matter of record.

(3) If, before the board signs its board report, PERSCOM receives a document that is accepted for filing on the performance fiche of the OMPF of any officer under consideration by the board,