# Attachment S



Headquarters, U.S. Marine Corps

MCO P1400.31B
PCN 10201150100

# MARINE CORPS PROMOTION MANUAL, VOLUME 1 OFFICER PROMOTIONS
## (SHORT TITLE: MARCORPROMMAN, VOL 1, OFFPROM)

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
2 NAVY ANNEX
WASHINGTON, DC 20380-1775

```
                                                    MCO P1400.31B
                                                    MMPR-1
                                                    22 Feb 2000
```

MARINE CORPS ORDER P1400.31B

From: Commandant of the Marine Corps
To:   Distribution List

Subj: MARINE CORPS PROMOTION MANUAL, VOLUME 1, OFFICER
      PROMOTIONS (SHORT TITLE: MARCORPROMMAN, VOL 1, OFFPROM)

Encl: (1) LOCATOR SHEET

1. **Purpose**. To promulgate the basic instructions relating to the administration of officer promotions in the United States Marine Corps.

2. **Cancellation**. MCO P1400.31A.

3. **Background**

   a. Officers are selected for promotion for their potential to carry out the duties and responsibilities of the next higher grade based upon past performance as indicated in their official military personnel file. Promotions should not be considered a reward for past performance, but as incentive to excel in the next higher grade.

   b. This Manual is designed to provide detailed information on all aspects of the officer promotion system. The information contained herein is applicable to active-duty list and Reserve active status list officers. In the event this Manual contradicts higher authority guidance, the latter supersedes this Manual.

4. **Summary of Revision**. This is a complete revision of the previous Manual, and should be reviewed in its entirety. Symbols to denote deleted, revised, or added chapters/paragraphs are not reflected. This volume contains the most recent amendments to the Defense Officer Personnel Management Act (DOPMA), the Reserve Officer Personnel Management Act (ROPMA), the Warrant Officer Personnel Management Act (WOPMA), and title 10, U.S. Code.

5. **Recommendations**.
Recommendations for changes to the Manual are invited and should be submitted via the appropriate chain of command to:

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited

MCO P1400.31B
22 Feb 2000

COMMANDANT OF THE MARINE CORPS (MMPR 1)<br>
HEADQUARTERS, UNITED STATES MARINES CORPS<br>
HARRY LEE HALL<br>
17 LEJEUNE ROAD, QUANTICO, VA 22134 5104

6. **Reserve Applicability.** This Manual is applicable to the Marine Corps Reserve.

7. **Certification.** Reviewed and approved this date.

*[signature]*

T. P. MURRAY

By direction

DISTRIBUTION: PCN 10201150100

    Copy to:  7000110  (55)
              7000128  (30)
              7000027, 119  (5)
              7000060, 093, 116, 122, 130, 138/8145004  (2)
              7000006, 024, 025, 144/8145003  (1)

2

3. <u>90-Day Exclusion Rule</u>. This regulation is not applicable to SSBs

4. <u>Membership</u>. Sections 612 and 14102 of title 10, <u>U.S. Code</u> and SecNavInst 1401.3_ require that SSB membership follow the same guidelines as regularly scheduled boards, with the exception that all members serving on an SSB should, by Secretary of the Navy's policy, have previous officer selection board experience.

5. <u>Providing Records to the Boards</u>

    a. Records will be modified or redacted to exclude all material received after the date the regularly scheduled board would have convened.

    b. As identified in para 4003, sample records will appear as they should have appeared the day the initial board convened.

    c. Update material may be submitted by the eligible officer per para 3001, 3002, and 3004. Any update material provided to the SSB may not contain information about or refer to events that took place after the convening of the regularly scheduled board.


5004. <u>SAMPLING OF RECORDS</u>. Pursuant to SecNavInst 1401.1_, all previously convened selection boards have identified a sampling of records of the eligible population which have been retained for each grade and competitive category. The eligible officer's record will be compared against these records. The sample cases are maintained on file by Personnel Management Division (MMPR) for 7 years, for use by SSBs convened by the Secretary of the Navy.


5005. <u>BOARD ACTIONS</u>

1. <u>Case Preparation and Briefing</u>. Case preparation and briefing will be conducted as outlined in para 3006.

2. <u>Ranking</u>. Once briefed, all sample selects and non selects cases will be ranked from strongest to weakest as selects (1-5) and non selects (6-10).

3. <u>Comparison and Voting</u>. The eligible officer's record will be compared against the least competitive of the selects and the most competitive of the non selects. In order for the officer to be selected to the next grade, the officer's record must be better than the most competitive non select and comparable to the least competitive select.