# Attachment U



Headquarters, U.S. Marine Corps

MCO P1400.31B
PCN 10201150100

# MARINE CORPS PROMOTION MANUAL, VOLUME 1 OFFICER PROMOTIONS (SHORT TITLE: MARCORPROMMAN, VOL 1, OFFPROM)

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
2 NAVY ANNEX
WASHINGTON, DC 20380-1775

MCO P1400.31B
MMPR-1
22 Feb 2000

MARINE CORPS ORDER P1400.31B

From: Commandant of the Marine Corps
To:   Distribution List

Subj: MARINE CORPS PROMOTION MANUAL, VOLUME 1, OFFICER PROMOTIONS (SHORT TITLE: MARCORPROMMAN, VOL 1, OFFPROM)

Encl: (1) LOCATOR SHEET

1. Purpose. To promulgate the basic instructions relating to the administration of officer promotions in the United States Marine Corps.

2. Cancellation. MCO P1400.31A.

3. Background

   a. Officers are selected for promotion for their potential to carry out the duties and responsibilities of the next higher grade based upon past performance as indicated in their official military personnel file Promotions should not be considered a reward for past performance, but as incentive to excel in the next higher grade.

   b. This Manual is designed to provide detailed information on all aspects of the officer promotion system. The information contained herein is applicable to active-duty list and Reserve active-status list officers. In the event this Manual contradicts higher authority guidance, the latter supersedes this Manual.

4. Summary of Revision. This is a complete revision of the previous Manual, and should be reviewed in its entirety. Symbols to denote deleted, revised, or added chapters/paragraphs are not reflected. This volume contains the most recent amendments to the Defense Officer Personnel Management Act (DOPMA), the Reserve Officer Personnel Management Act (ROPMA), the Warrant Officer Personnel Management Act (WOPMA), and title 10, U.S. Code.

5. Recommendations.
Recommendations for changes to the Manual are invited and should be submitted via the appropriate chain of command to:

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited

COMMANDANT OF THE MARINE CORPS (MMPR-1)
HEADQUARTERS, UNITED STATES MARINES CORPS
HARRY LEE HALL
17 LEJEUNE ROAD, QUANTICO, VA 22134-5104

6. **Reserve Applicability.** This Manual is applicable to the Marine Corps Reserve.

7. **Certification.** Reviewed and approved this date.

T. P. MURRAY

By direction

DISTRIBUTION: PCN 10201150100

```
Copy to: 7000110  (55)
         7000128  (30)
         7000027, 119  (5)
         7000060, 093, 116, 122, 130, 138/8145004  (2)
         7000006, 024, 025, 144/8145001  (1)
```

2

2. <u>Responsibilities for Membership</u>

   a. <u>Personnel Management Division (MMOA-3)</u>

      (1) Publish annually MCBul 5420 to announce the membership requirements to the Marine Corps.

      (2) Coordinate with major subordinate commands to ensure only highly qualified officers are nominated to serve as board members.

      (3) Provide funding and orders to all board members.

      (4) Provide board membership to the Personnel Management Division (MMPR) 30 days prior to the convening of a selection board.

   b. <u>Nominating Unit</u>

      (1) It is essential that commanding officers nominate only those highly qualified and experienced officers, selected for their performance, maturity, judgment, and integrity.

      (2) Once nominated, officers will only be replaced based on grave and dire emergencies, as all nominees are appointed personally by the Secretary of the Navy.

      (3) Nominations of officers to serve on selection boards are sensitive in nature, therefore, confidentiality of their appointment is limited to only those individuals who have a need to know. Upon convening of the selection board, public dissemination is authorized.


2002. <u>PRECEPT</u>

1. <u>General</u>. The precept is the legal document which orders a selection board to convene. It is in the form of a letter from the Secretary of the Navy to the president of the board. The precept provides instructions governing the proceedings of the board and appoints the president, members, and recorders to the selection board. The contents of the precept are derived from a variety of references, but always reflect information that the Secretary of the Navy deems important for selection of officers to the next higher grade.

2. Personnel Management Division (MMPR) and Manpower Plans and Policy Division (MPP) are jointly responsible for the publication of the precept. The precept will not be released until the board

actually convenes, as to protect the membership from improper influence per DoDInst 1320.14_.

2003. **ELIGIBILITY FOR CONSIDERATION**

1. **Active Duty Officers**. In order to be eligible for consideration by an active duty selection board, commissioned officers must:

    a. Be on the active-duty list (see para 1005);

    b. Have completed the minimum time-in-grade requirements; and

    c. Be identified in the Promotion Plan for an opportunity for selection based on grade strength limitations (see para 1008).

2. **Reserve Officers**. In order to be eligible for consideration by a Reserve selection board, commissioned officers must:

    a. Be on the Reserve active-status list (see para. 1006);

    b. Have completed the minimum time-in-grade requirements; and

    c. Be identified in the Promotion Plan for an opportunity for selection based on grade strength limitations (see para 1008).

3. Both active duty and Reserve officers above the grade of captain who have twice failed of selection to the next higher grade will remain eligible for promotion if they have been continued on the active-duty list or Reserve active status list. Per MCO P1001R.1J, AR captains who have twice failed of selection may be continued on the Reserve active status list following release from active duty on the AR program until the officer has been twice considered above-zone for promotion in the Reserve unrestricted competitive category.

2004. **DEFERRED ELIGIBILITY**

1. Deferred eligibility is intended for officers to obtain active duty experience, qualifications, and significant evaluation before being considered by a selection board. Deferment is only applicable to active duty list boards convened under chapter 36 of title 10, U.S. Code.