# Attachment V

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>DONALD C. WINTER, Secretary of the Navy,  )<br>and  )<br>DEPARTMENT OF THE NAVY,  )<br>  )<br>    Defendants.  )<br>_____) | Civil Action No. 06-0752 (GK) |

### DECLARATION OF MAJOR WILLIAM MCWATERS

1. I am Major William J. McWaters, Section Head, Officer Promotion Section (MMPR-1) for the Manpower Management Promotion Branch of Headquarters, United States Marine Corps in Quantico, Virginia.

2. In my present duties I oversee the convening and procedures of promotion selection boards convened to promote United States Marine Corps officers pursuant to 10 U.S.C. § 611(a).

3. I oversee the policy development for and procedural regularity of the promotion selection board process for the United States Marine Corps.

4. The Section that I oversee is responsible for collecting and preserving hard copy records of Marine Corps officers selected as the sample records by promotion boards. We also preserve those records and produce them for Special Selection Boards convened pursuant to 10 U.S.C. §628. We also coordinate with Manpower Management Support Branch (MMSB) to preserve and produce the electronic records of Marine Corps officers selected as the sample records by promotion boards.

5. Sampled officer records are retained in the state they appear before a promotion selection board for use at later special selection boards. When the records are retrieved for use at a Special Selection Board, the record includes a Master Brief Sheet ("MBS") as it appeared at the initial promotion selection board. The MBS is a consolidation of the entire record and it is presented to the Special Selection Board members along with the entire record.

6. We rely on the president of the board to select records for sampling and retention that are representative of their selection decisions during the board's deliberations.

7. Though the MBSs selected for sampling contain only factual information, the very act of selecting those records which will make up the sampled records, from those that will not, is itself a deliberative process.

Pursuant to 28 U.S.C. §1746(2), I declare under the penalty of perjury that the forgoing is true and correct. Executed this 9th day of August, 2006 in Quantico, Virginia.

_____8/9/06_____                _____[signature]_____
Date                                   MAJ   USMC