# Attachment W



**Headquarters, U.S. Marine Corps**

**MCO P1610.7**
**PCN 10202100000**

# PERFORMANCE EVALUATION SYSTEM (SHORT TITLE: PES)

**DISTRIBUTION STATEMENT A:** Approved for public release; distribution is unlimited

CMC CENTRAL FILES
HQ SUPPORT DIVISION



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
2 NAVY ANNEX
WASHINGTON, DC 20380-1775

MCO P1610.7D
MMSB-30
3 Mar 95

MARINE CORPS ORDER P1610.7D

From: Commandant of the Marine Corps
To:   Distribution List

Subj: PERFORMANCE EVALUATION SYSTEM (SHORT TITLE: PES)

Ref:  (a) U.S. Navy Reg. 1990, art. 1129
      (b) MARCORMAN, par. 2500.3

Encl: (1) LOCATOR SHEET

Report Required: USMC Fitness Report (Report Symbol EXEMPT), par. 1001

1. **Purpose**. To publish the policies, procedures, and standards for the operation and maintenance of the Marine Corps Performance Evaluation System, and the submission of fitness reports on sergeants through major generals as required by references (a) and (b).

2. **Cancellation**. MCO P1610.7C and MCO 1610.13A.

3. **Background**. The current evaluation system as we know it is now in its fifth decade. Policy changes have occurred to keep abreast of the needs of the Corps, and the report form has been modified several times, but the system's underlying principles have remained constant and fitness reporting remains a crucial leadership responsibility. While the goal of our evaluation system remains the accurate assessment and reporting of current performance accomplishments and future potential of our Marines, the individual's record of fitness reports is also a primary tool for the proper assignment, promotion, and retention of the best qualified. The revisions contained in this Manual coincide with across-the-board policy changes as they apply to fitness reporting matters. Unique reporting situations and necessary procedural requirements are more clearly defined. Continued emphasis on timely submission is addressed. More involvement in assessing their Marines' performance, and commenting accordingly on the reports, is required of Reviewing Officers. Monitoring the preparation, submission, and accountability of fitness reports is a commander's responsibility. Overall, proper command oversight enables Headquarters Marine Corps to make the necessary personnel management decisions to eventually provide the commander the best trained, motivated, qualified, and promotable Marines to fill the ranks.

**DISTRIBUTION STATEMENT A:** Approved for public release; distribution unlimited.

2. **Formal Schools.** All officer and enlisted professional military education (to include The Basic School) courses of instruction, taught at the Marine Corps Combat Development Command, will contain instruction devoted to the PES.

3. **Unit Training.** Performance Evaluation System education will be part of the Marine Corps Leadership Training Program established by MCO 5390.2.

4. **Correspondence School.** A Performance Evaluation System Handbook provides an overview of the PES and is available by ordering through the Marine Corps Institute.

7007. **MASTER BRIEF SHEET.** The MBS (appendix G) is a ready reference document used in the personnel management process. Copies are provided to selection boards as a summary of a Marine's performance evaluation record. It is divided into two sections:

1. **Header Data.** Extracted directly from Marine Corps Total Force System (MCTFS).

2. **Fitness Report Listing.** Taken from sections A and B of the fitness report. It is a synopsis of all reports recorded in the AFRS.

7008. **OFFICIAL MILITARY PERSONNEL FILE.** The OMPF contains a Marine's complete military history from the day of entry into the Marine Corps through the present. A listing of material appropriate for insertion in the OMPF is contained in MCO 1070.14, Official Military Personnel Files (OMPF) Contents. The OMPF is in microfiche form with the master copy on file at the Records Management Section (MMSB-20) and consists of the following distinct informational areas:

1. **S-Fiche**

    a. **Service Computation Data.** Consists of enlistment, reenlistment, and extension of enlistment documents, appointment and acceptance records, orders to active duty, separation orders and documents, and other documents which support or validate periods of active or inactive duty in computing service time for benefits, programs, or retirement.

    b. **General Administration Data.** Consists of all data not contained elsewhere in the OMPF that is considered pertinent and essential for the management of a Marine's career.

2. **C-Fiche (Commendatory/Derogatory Data).** Contains commendatory and derogatory information and documents such as meritorious mast, medals and awards, courts-martial/nonjudicial punishment, and other material reflecting favorably or adversely on the Marine.

3. **P-Fiche (Performance Data).** Contains all fitness reports written on a Marine and any documents pertaining to these reports.

4. **F-Fiche (Field OQR/SRB Data).** Consists of documents and standard pages that were maintained in the field OQR/SRB (or microfiche OQR/SRB maintained by the CG MCRSC) at the time of discharge, retirement, or death. Field OQR/SRB data for periods of service prior to the last continuous period of active service may be resident in other portions of the OMPF.

5. **H-Fiche (Health/Dental Data).** Consists of basic health and dental documents that were maintained by the field command at the time of discharge, retirement, or death and all additional documents of medical and dental treatment that were maintained in the field health and dental records.

NOTE: Normally, only the OMPF of those Marines with prior Marine Corps or Marine Corps Reserve service will contain the F- and H-fiche. The F- and H-fiche are made a part of the OMPF upon discharge, retirement, or death of the Marine.

PERFORMANCE EVALUATION SYSTEM

APPENDIX K

MASTER BRIEF SHEET (MBS)

FITNESS REPORT LISTING

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |

1. **MONITORED COMMAND.** Refer to item 1a of the fitness report. This block contains the descriptive title of the unit to which the MRO was attached and its location.

   **ORGANIZATIONAL/SCHOOL.** English description of the organization or school within the command listed in item 1a. This description comes from the correct entry of the T/O number (or item 1b, Reporting Unit Code (RUC) in case of school reports) in item 4c of the fitness report.

   **REPORTING SENIOR/REVIEWING OFFICER SSN.** To be completed by the MRO. These items will aid Marines in locating their Reporting Officials in the case of a lost or missing report.

2. **DUTY ASSIGNMENT.** Refer to items 4a; billet filled during the reporting period.

   **GRADE.** Refer to item 2d of the fitness report. Grade held during the reporting period.

   **CBT/JS.** Refer to item 3c of the fitness report. Letter(s) C, J, B, or N may appear in the lower portion of the block indicating type of tour (C= Combat, J = Joint Staff, B = both C and J, N = Normal peacetime.

   **DMOS.** Refer to item 4e of the fitness report. Duty MOS if the billet in which you served during the period indicated.

3. **OCC/MO.** Refer to items 3a and 4b of the fitness report. This block contains a two-letter "code" indicating the occasion for submission and the total number of months covered by the report.

4. **BEGIN DATE/END DATE.** Refer to item 3b of the fitness report. Only the beginning dates will be shown for fitness reports on file prior to the advent of the AFRS on 1 May 1972.

5. **PERFORMANCE/QUALITIES.** The following definitions apply to items 13 and 14 of the fitness report:

| | | |
|---|---|---|
| RD - Regular Duties | TP - Training Personnel | AD - Attention to Duty |
| AD - Additional Duties | TH - Tactical Handling Troops | CO - Cooperation |
| AM - Administrative Duties | EN - Endurance | IN - Initiative |
| HO - Handling Officers | PA - Personal Appearance | JD - Judgement |
| HE - Handling Enlisted Personnel | MP - Military Presence | PM - Presence of Mind |

K-1

## PERFORMANCE EVALUATION SYSTEM

FO - Force
LD - Leadership
LY - Loyalty
PR - Personal Relations
EC - Economy of Management
GP - Growth Potential

6. **VALUE AND DISTRIBUTION.** Refer to items 15a, b, and c of the fitness report. The numbers indicate the distribution of other Marines of the same grade with whom you were marked. An "X" indicates your standing. The following definitions apply to column headings:

NO - Not Observed     BA - Below Average     AA - Above Average
U - Unsatisfactory    A - Average            E - Excellent          O - Outstanding

7. **DES.** Refer to items 16 of the fitness report. The following definitions apply to information contained in this column:

P - Particularly Desire to Have          W - Be Willing to Have
G - Glad to Have                         U - Prefer Not to Have     N - Not observed

8. **CAD/OQF.** Refer to items 17 through 19 of the fitness report. The markings in this columns reflect markings from items 17a, 17b, 17c, 18 and 19 of the fitness report. To more easily understand the marks in this block, divide it into six equal squares, one letter in each block:

```
C  A  D
O  Q  F
```

The following definitions apply to information contained in this column:

C - **Commendatory.** A "Y" appearing in the upper left block indicates "YES"; a letter of appreciation, meritorious mast, etc., and received during the reporting period.

A - **Adverse.** A "Y" appearing in the upper right block indicates "YES"; adverse material reflecting on performance of duties has been received by the RS.

D - **Disciplinary Action.** A "Y" appearing in the upper right block indicates "YES"; disciplinary action was received during this reporting period. The letter "D" never appears in this block. Do not confuse this mark with the letter "D" often appearing in the lower left-hand block which indicates Daily Observation.

O - **Observation (Daily) (Frequent/Infrequent).** The letter "D", "F", or "I" appearing in the lower left hand block indicates the frequency of observation. A "D" here does not stand for disciplinary action.

Q - **Qualified for Promotion.** The letter "U", "N", or a blank appearing in the lower middle block indicates qualification for promotion. (Blank if Yes, "U" or "N" if no).

F - **For HQMC use only.** In order of precedence: a "5" indicates adverse and not qualified for promotion, and asterisk (*) in the lower right-hand block indicates the report is adverse, "R" indicates recommended for accelerated promotion, and "C" indicates classified report. Finally an "X", "@", or "#", or "$" indicates RO nonconcurrence based on review comments.

K-2