# Attachment X



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
2 NAVY ANNEX
WASHINGTON, DC 20380-1775

MCO P1610.7F
MMSB-30
May 11 2006

MARINE CORPS ORDER P1610.7F

From:   Commandant of the Marine Corps
To:     Distribution List

Subj:   PERFORMANCE EVALUATION SYSTEM (SHORT TITLE:  PES)

Ref:    (a) United States Navy Regulations - 1990 -
        (b) Marine Corps Manual
        (c) MCO 5215.1 (Directives Management Program)
        (d) NAVMC 2795 (User's Guide to Counseling)
        (e) MCO P500.21 (HQMC Admin Manual)
        (f) MCO P1700.24 (Personal Services Manual)
        (g) DOD 6400.1-M-1 (Domestic Abuse Reporting)
        (h) MCO P1000.6 (ACTS Manual)
        (i) MCO P1080.20 (MCTFSCODESMAN)
        (j) MCO P1070.12 (IRAM)
        (k) SECNAVINST 1650.1 (Navy/Marine Corps Awards Manual)
        (l) MCO 1650.19 (Decorations, Medals, and Awards)
        (m) Manual for Courts-Martial (MCM)
        (n) MCO P1400.32 (Enlisted Promotion Manual)
        (o) MCO P6100.12 (MCPFTBCPM)
        (p) MCO 3500.27 (ORM)
        (q) JAGINST 5800.7 (JAGMAN)
        (r) MCO 3574.2 (Marksmanship Training)
        (s) MCO P5800.16 (Legal Admin Manual)
        (t) MCO 1610.11 (Performance Evaluation Appeals)

Encl:   (1) Locator Sheet

1.  <u>Situation</u>.  This Manual revises the policies, procedures, and standards
for the operation and maintenance of the Marine Corps Performance Evaluation
System (PES), and the submission of fitness reports on sergeants through
major generals as required by article 1129 of reference (a) and paragraph
2500.3 of reference (b).

2.  <u>Mission</u>.  To notify all on the distribution list of the cancellation of
MCO P1610.7E, and publish revisions and innovations to the PES.

3.  <u>Execution</u>

    a. <u>Commander's Intent and Concept of Operations</u>

        (1) <u>Commander's Intent</u>.  This Manual completely replaces MCO P1610.7E
and its changes, and provides instructions for the following new PES
processes and tools:

            (a) The Automated Fitness Report System (A-PES) provides for
paperless, electronically prepared and submitted fitness reports (Appendix
F).

DISTRIBUTION STATEMENT A:  Approved for public release; distribution is
unlimited.

MCO P1610.7F
May 11 2006

      (b) A new Master Brief Sheet (MBS) is displayed and explained in Appendices J and K.

      (c) Redefined policy and implementation of fitness reporting compliance measures are addressed in Appendix N.

    (2) <u>Concept of Operations</u>. The fitness report provides the primary means for evaluating a Marine's performance to support the Commandant's efforts to select the best qualified personnel for promotion, augmentation, retention, resident schooling, command, and duty assignments. The completion of fitness reports is a critical leadership responsibility. Inherent in this duty is the commitment of our commanders and all reporting officials to ensure the integrity of the system by giving close attention to accurate marking, narrative assessment, and timely reporting. Every commander and reporting official must ensure the scrupulous maintenance of the PES. Inaccurate evaluations only serve to dilute the actual value of each report.

  b. <u>Subordinate Element Missions</u>. Commanders and OICs must ensure that all reporting officials, and Marines (sergeants and above) under their charge are well versed in the spirit and intent of this Manual.

  c. <u>Coordinating Instructions</u>. Submit all recommendations concerning this Manual to the Commandant of the Marine Corps (MMSB-30) via the appropriate chain of command.

4. <u>Administration and Logistics</u>.

  a. This Manual is published electronically and can be accessed on-line via the Marine Corps homepage at <u>http://www.usmc.mil</u>.

  b. For commands without access to the Internet, hard copy and CD-ROM versions of Marine Corps directives can be obtained through Marine Corps Publications Distribution System (MCPDS).

5 <u>Command and Signal</u>.

  a. <u>Command</u>. This Manual is applicable to the Marine Corps Total Force.

  b. <u>Signal</u>. This Manual is effective the date signed

H. P. OSMAN
By direction

DISTRIBUTION: PCN 10202100000

      Copy to:  7000130 (75)
                 7000110 (75)
                 7000093/8145001   (2)
                 7000099, 144/8145005   (1)

2

PERFORMANCE EVALUATION SYSTEM

APPENDIX G

REPORTING SENIOR AND REVIEWING OFFICER PROFILES

A. BACKGROUND. The RS Profile on pages 4 and 5 of this Appendix is a key tool for use in accomplishing the objectives of the PES and outlines the grading history of an RS (see paragraph 8012).

B. CONTENTS OF THE PROFILE

    1. The profile provides a cumulative rating history of all reports written by an RS. The RS profile does not include academic, end of service, extended, and not observed fitness reports in the number of reports; nor are they computed into the RS's cumulative averages.

    2. The profile lists the following information:

        a. Listing of grades (excluding general officers) for Marines eligible to receive fitness reports (GRADE).

        b. Average of the fitness report averages for all reports (excluding academic type, end of service, extended, and not observed reports) submitted by the RS for each grade (AVG).

        c. Total number of reports written by the RS for each grade (excluding academic, end of service, extended, and not observed reports) (# OF RPTS).

        d. The highest fitness report average submitted by the RS for a particular grade (HIGH).

        e. The lowest fitness report average submitted by the RS for a particular grade (LOW).

        f. The number of reports submitted by the RS that HQMC received 60 or more days after the end of the reporting period.

C. CALCULATING PROFILE DATA

    1. Fitness Report Average for an Individual Report.

        a. Each block in the marking gradient for each PARS has an assigned numeric value as follows: A=1, B=2, C=3, D=4, E=5, F=6, G=7, and H (not observed)=0. NOTE: Block H (not observed) has no value and does not factor into the calculation of the average.

        b. The average of observed attributes reflects the mean of the numeric value for all observed attributes on that report rounded to the nearest hundredth.

    2. Reporting Senior's Average of All Fitness Reports Written on Marines of Similar Grade. This average reflects the mean of the numeric value for all fitness reports (excluding academic type, end of service, extended, and not observed reports) written by the RS on Marines of similar grade.

    3. Reporting Senior's Highest Fitness Report Average of Any Report Written on Marines of Similar Grade. This value reflects the highest fitness

### PERFORMANCE EVALUATION SYSTEM

report average of any report written by the RS on Marines of similar grade (excluding academic type, end of service, extended, and not observed reports).

   4. Reporting Senior's Lowest Fitness Report Average of Any Report Written on Marines of Similar Grade. This value reflects the lowest fitness report average of any report written by the RS on Marines of similar grade (excluding academic type, end of service, extended, and not observed reports).

   5. The Number of Reports Submitted by the RS Received at HQMC 60 or More Days After the End of the Reporting Period. This number reflects the number of reports submitted by the RS that HQMC received 60 or more days after the end of the reporting period. NOTE: The basis for accountability for late submission of reports is HQMC tracking of reporting officials' signature dates. As an example: if the RS is timely in completing and forwarding the report to the RO (as evidenced by the signature date) responsibility will shift to another reporting official (RO, third officer, or senior Marine representative) or operational Battalion/Squadron command element, as appropriate.

D. RELATIVE VALUE OF A REPORT

   1. The relative value of a report reflects how the fitness report average of an individual report compares to:

      (a) The RS's average of all fitness reports written by the RS on Marines of the same grade.

      (b) The highest fitness report average of any report written by the RS on a Marine of the same grade as the MRO.

   2. The system will calculate the relative value for each report to reflect both:

      (a) The Relative Value at the Time of Processing. This numeric value reflects the relative value of the MRO's fitness report based on the RS's rating history for Marines of the same grade as the MRO as of the time of processing of the MRO's report. This number is a constant and once calculated, it will not change.

      (b) The Cumulative Relative Value. This numeric value reflects the cumulative relative value of the MRO's fitness report based on the RS's rating history for Marines of the same grade as the MRO. This number is a variable and will change as the RS writes additional reports on Marines of the same grade as the MRO.

      (c) The Fitness Report Average. The report's average of the observed attributes.

      (d) The Reporting Senior Cumulative Average. The cumulative average of all reports written by the RS on Marines of the same grade.

      (e) The Reporting Senior High. The highest fitness report average of any report written by the RS on a Marine of that grade.

   3. Once calculated, the relative value will appear on the MRO's MBS in numeric fashion on a 80 to 100 scale.

PERFORMANCE EVALUATION SYSTEM

(a) A relative value of 100 indicates the report has the highest fitness report average of any report written by the RS on a Marine of that grade.

(b) A relative value of 80 indicates the report has the lowest fitness report average of any report written by the RS on a Marine of that grade.

(c) A relative value of 90 indicates the fitness report average for the report is equal to the RS average. (The average of the fitness report average for all reports written by the RS on Marines of the same grade.)

4. Appendix K (MASTER BRIEF SHEET (MBS), FITNESS REPORT LISTING), depicts how the relative value data is displayed on the MBS.

E.  REVIEWING OFFICERS PROFILE

1.  A comparative assessment of the Reviewing Officer's (RO) rankings for all fitness reports of Marines of the same grade will be included on the Master Brief Sheet (MBS).

2.  This information will show the cumulative comparative assessment (pyramid) marks of all fitness reports of Marines of the same grade evaluated by this RO, with the assessment of each fitness report highlighted with a frame, as seen in Appendix K.

3.  This information will be displayed on a new row beneath the line of fitness reports attributes in line with the RO name, and will be updated as additional fitness reports are processed with the same RO.

4.  When a fitness report is processed for posting to the OMPF, the RO profile will be overlaid to the left of the pyramid in section K on page 5 of the report.

5.  An example of a RO Comparative Assessment Profile is contained on pages 6 and 7 of this Appendix.