UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, )<br>)<br>      Plaintiff     )<br>)<br>v.                              )<br>)<br>DEPARTMENT OF THE NAVY, )<br>DONALD C. WINTER, Secretary )<br>of the Navy,               )<br>)<br>      Defendants    ) | Civil Action No.06-0752(GK) |

**MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, pursuant to Fed. R.Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of eleven (11) days, up to and including September 22, 2006, to Reply to Defendants' Opposition to Plaintiff's Cross-Motion for Summary Judgment. Plaintiff seeks this enlargement because the local rules require a Reply to be filed within five (5) days of service of the opposition. Plaintiff's current work schedule prevents him from devoting sufficient time to adequately reply.

Pursuant to Local Rule 7(m) Plaintiff attempted to contact opposing counsel concerning the government's position on this motion. Plaintiff was unable to reach opposing counsel before filing this motion.

An order granting the relief sought is attached.

Respectfully submitted,

J.L. MCGRADY
Plaintiff

RECEIVED
SEP 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON L. MCGRADY, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.06-0752(GK) |
| DEPARTMENT OF THE NAVY, DONALD C. WINTER, Secretary of the Navy, | ) |
| Defendants | ) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is, on this ____ day of September 2006,

HEREBY ORDERED that the motion is GRANTED, and is

FURTHER ORDERED that Plaintiff shall have up to and including September 22, 2006 in which to submit his Reply to Defendants' Opposition of to Plaintiff's Cross-Motion for Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2006, I, J. L. McGrady, sent by first class U.S. mail, postage prepaid, a copy of Plaintiff's **Motion for Enlargement of Time** to the following addresses:

Clerk of Court
United States District Court
for the District of Columbia
333 Constitution Ave., NW
Washington DC 20001

Mr. K. L. Wainstein
U.S. Attorney for the District of Columbia
555 4th St. NW
Washington, DC 20530

　　　　　　　　　　　　　　　　　　J. L. MCGRADY
　　　　　　　　　　　　　　　　　　Plaintiff, *Pro Se*
　　　　　　　　　　　　　　　　　　820 Bright Street
　　　　　　　　　　　　　　　　　　Fredericksburg, Virginia 22401
　　　　　　　　　　　　　　　　　　540.371.3792

1